Mary A. Schott
Clerk of Court

Entered on Docket
February 03, 2025

JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: 702.262.6899 / Fax: 702.597.5503
Email: jmcpherson@foxrothschild.com
*Counsel for Shelley D. Krohn, Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,<br><br>Defendants | **ENTRY OF DEFAULT AGAINST GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022** |

It appearing from the files and records in the above-entitled action that Glenn H. Truitt, Trustee of the B.S.A.P. Irrevocable Trust Dated September 16, 2022, Defendant herein, being duly served with a copy of the Summons and Amended Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4) on October 29, 2024; that more than thirty (30) days, exclusive of the day of service, have passed since service upon the Defendant; that a three (3) Day Notice of Default was filed on January 7, 2025; that no answer or other Appearance was filed and Glenn H. Truitt, Trustee of the B.S.A.P. Irrevocable Trust Dated September 16, 2022 but with Mr. Truitt stating that he resigned as trustee effective December 31, 2024; and no further time was granted:

The default of the above-named Defendant for failing to answer or otherwise plead is hereby entered pursuant to Federal Rule of Civil Procedure, Rule 55(a), and Federal Bankruptcy Rule of Procedure 7055(a).

DATED this 27th day of January, 2025.

The undersigned hereby requests
and directs the Entry of Default.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, NV Bar No. 5423
Attorneys for Shelley D. Krohn, Chapter 7 Trustee

###