Jeanette E. McPherson, Esq., NV Bar No. 5423
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:     702.262.6899
Facsimile:     702.597.5503
Email:  JMcPherson@FoxRothschild.com
Attorneys for Shelley D. Krohn, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor(s). | Adversary No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | |
| Plaintiff, | **STIPULATION TO AMEND DISCOVERY PLAN TO EXTEND DISCOVERY AND TO SET DISPOSITIVE MOTION DEADLINE** |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants. | |

Shelley D. Krohn (the "Trustee" or "Plaintiff"), the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case and Plaintiff in the above-captioned adversary proceeding, by and through her counsel, Jeanette E. McPherson, Esq. of Fox Rothschild LLP, and Brian Sebastian Sciara, by and through his counsel, Peter B. Mortenson, Esq., of Mortenson & Rafie, LLP (the "Defendant," and collectively with the Trustee, the "Parties") stipulate and agrees as follows:

**WHEREAS,** on October 2, 2024, the Trustee commenced the instant adversary proceeding by filing a *Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180 And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4)* [ECF 1].

**WHEREAS,** on February 10, 2025, a *Standard Discovery Plan* [ECF 15] was filed, setting the following deadlines:

**3.      Discovery Plan.  Plaintiff proposes to the court the following discovery plan:**

**Discovery will be needed on the following subjects:** Without limitation, the nature of the property, the transfer of the property, and the value of the property transferred.

All discovery commenced in time to be completed by **July 1, 2025.**

Maximum of **40** interrogatories by each party to any other party. Responses due **30** days after service.

Maximum of **40** requests for admission by each party to any other party. Responses due **30** days after service.

Maximum of **10** depositions by plaintiff(s) and **10** by defendant(s). Each deposition is limited to maximum of **8 hours** unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:
from plaintiff(s) by **May 1, 2025**
from defendant(s) by **May 1, 2025**

Rebuttal experts from either party by **June 4, 2025**. FRCP 26(2)(C).

Supplementations under Rule 26(e) due **June 4, 2025.**

**4.      Other Items.**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference **one week before trial.**

Plaintiff(s) should be allowed until **April 1, 2025** to join additional parties and to amend the pleadings.

Defendant(s) should be allowed until **April 1, 2025** to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **June 15, 2025**.

Settlement cannot be evaluated prior to **May 1, 2025**.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:
from plaintiff(s) by **30 days** before trial.
from defendant(s) by **30 days** before trial.

Parties should have **14 days** after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

175112462.1

**WHEREAS**, the Parties desire to extend the deadline for completion of discovery to Monday, November 17, 2025.

**WHEREAS**, the Parties desire to set a deadline for filing dispositive motions as November 3, 2025.

**NOW, THEREFORE**, the Parties hereby stipulate and agree to the following:

1. The deadline for the completion of discovery is extended to Monday, November 17, 2025;

2. The deadline for filing dispositive motions is Monday, November 3, 2025; and

3. This Stipulation is without prejudice to any of the Parties requesting a further extension of the deadlines, from the Court for cause shown.

DATED: August 7, 2025.

FOX ROTHSCHILD LLP

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Shelley D. Krohn, Trustee*

DATED: August 7, 2025.

MORTENSON & RAFIE, LLP

/s/ Peter B. Mortenson
Peter B. Mortenson, Esq.
8375 W. Flamingo Road, Suite 102
Las Vegas, Nevada 89147
*Attorneys for Brian Sciara*

175112462.1