JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com
*Counsel for Shelley D. Krohn, Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | |
| Plaintiff, | **PLAINTIFF'S MOTION TO COMPEL AND TO CONTINUE DISCOVERY AND RELATED DEADLINES** |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants | Date:  October 21, 2025<br>Time:  10:00 a.m. |

Shelley D. Krohn ("Plaintiff" or "Trustee"), by and through her counsel, Jeanette E. McPherson, Esq. of Fox Rothschild LLP, hereby files this Plaintiff's Motion To Compel And To Continue Discovery And Related Deadlines (the "Motion"). This Motion is made and based upon 11 U.S.C. § 105, Federal Rule of Bankruptcy Procedure ("FRBP") 7037, LR 7037, the Declaration of Jeanette E. McPherson ("McPherson Declaration"), the Points and Authorities set forth herein, and any argument entertained at the time of any hearing pertaining to this matter.

**POINTS AND AUTHORITIES**

**Jurisdiction, Venue, and Bankruptcy Filing**

1.     Brian Sebastian Sciara (the "Debtor") filed a voluntary petition for relief under

1

176551836.3

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

Chapter 11 of the Bankruptcy Code ("Petition") on August 4, 2023 (the "Petition Date").

2. On July 15, 2024, the Court entered an Order Granting Motion For Conversion of Small Business Case To Chapter 7 [ECF 96] ("Conversion Order").

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H), (J), and (O).

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The procedural grounds for the relief requested herein is Fed. R. Bankr. P. 7001.

7. Pursuant to Fed. R. Bankr. 7008 and Local Rule 7008, the Trustee consents to the entry of final orders or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

**Adversary Proceeding**

8. On October 2, 2024, the Trustee commenced this proceeding by filing a Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4). The Complaint was thereafter amended on October 25, 2024 (the "Complaint") [ECF 1 and 6].

9. On November 19, 2024, the Debtor filed Defendant Brian Sciara's Answer To Amended Complaint (the "Answer") [ECF 10].

10. On February 10, 2025, the Plaintiff filed the Standard Discovery Plan ("Discovery Plan") [ECF 15] proposing a discovery deadline of July 1, 2025.

11. On May 23, 2025, the Plaintiff emailed Plaintiff's Request For Production Of Documents To Defendant Brian Sebastian Sciara ("Request For Production of Documents") to counsel for Sciara. Responses to the Request For Production of Documents were due from Sciara by June 23, 2025. A true and correct copy of the May 23, 2025 email (without attachments) is attached hereto as Exhibit 1.

176551836.3

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

12.    On May 23, 2025, the Plaintiff emailed Plaintiff's Interrogatories To Defendant Brian Sebastian Sciara ("Interrogatories") to counsel for Sciara.  Responses to the Interrogatories were due from Sciara on  June 23, 2025. See Exhibit 1.

13.    On May 23, 2025, the Plaintiff emailed Plaintiff's Requests For Admissions to counsel for Sciara. Responses to the Requests For Admissions were due on June 23, 2025.  See Exhibit 1.

14.    On June 23, 2025, Sciara emailed Plaintiff the Defendant Brian Sciara's Responses To Plaintiff's Requests For Admissions, a copy of which is attached as Exhibit 2 (without attachment).

15.    Thereafter, on June 26, 2025, the Defendant, without filing a motion, emailed Plaintiff the Defendant Brian Sciara's Amended Responses To Plaintiff's Requests For Admissions, a copy of which is attached as Exhibit 3 (without attachment).

16.    On August 8, 2025, a Stipulation To Amend Discovery Plan To Extend Discovery And To Set Dispositive Motion Deadline ("Stipulation") [ECF 31] was filed extending the discovery deadline to Monday, November 17, 2025, and setting the deadline for filing dispositive motions on Monday, November 3, 2025.  The Order approving the Stipulation was entered by the Court on August 12, 2025 [ECF 32].

17.    The parties have corresponded regarding the responses to the Interrogatories and Requests For Production of Documents as follows:

a)    an email dated June 23, 2025 from Kevin Chan requesting an extension to respond to Wednesday June 25, 2025, attached hereto as Exhibit 4;

b)    an email dated June 24, 2025 from Jeanette McPherson setting forth an agreement to provide discovery responses by June 25, 2025, attached hereto as Exhibit 5;

c)    an email dated June 25, 2025 from Jeanette McPherson setting forth a further agreement to provide the responses to Interrogatories and Requests For Production of Documents by June 27, 2025, attached hereto as Exhibit 6;

d)    an email dated July 3, 2025 from Jeanette McPherson requesting that the responses to Interrogatories and Requests For Production of Documents be provided by July 8, 2025, attached hereto as Exhibit 7;

3

176551836.3

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

e)    a letter from Peter Mortenson dated July 15, 2025 requesting that responses to the Interrogatories and Requests For Production of Documents be set at least three weeks out, attached hereto as Exhibit 8;

f)    an email response from Jeanette McPherson on July 15, 2025 agreeing to the requested extension, attached hereto as Exhibit 9;

g)    an email dated August 29, 2025 from Jeanette McPherson that states that since the responses have not been provided that a motion to compel would be filed, attached hereto as Exhibit 10; and

h)    an email dated August 29, 2025 from P. Mortenson providing that responses would be provided by Tuesday, which was September 2, 2025, attached hereto as Exhibit 11.[1]

18.    To date, the Plaintiff has not received responses to the Interrogatories nor to the Request For Production of Documents despite multiple extensions and statements that they would be provided. Given the passage of time and significant delay, and the belief that Sciara is simply delaying and does not intend on providing responses, the Plaintiff has filed this Motion.

### Memorandum of Law

The Debtor has failed to provide responses to the Plaintiff's Request For Production of Documents and Plaintiff's Interrogatories. FRBP 7037, incorporating Fed.R.Civ. P. 37, provides in relevant part:

(a) MOTION FOR AN ORDER COMPELLING DISCLOSURE OR DISCOVERY.

(1) *In General.* On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action.

(2) *Appropriate Court.* A motion for an order to a party must be made in the court where the action is pending. A motion for an order to a nonparty must be made in the court where the discovery is or will be taken.

(3) *Specific Motions.*

---

[1] Further, at the last hearing held on August 12, 2025, in this proceeding, Defendant's counsel indicated responses to the Interrogatories and Requests For Production of Documents would be provided.

176551836.3

(A) *To Compel Disclosure.* If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions.

(B) *To Compel a Discovery Response.* A party seeking discovery may move for an order compelling an answer, designation, production, or inspection. This motion may be made if:

(i) a deponent fails to answer a question asked under Rule 30 or 31;

(ii) a corporation or other entity fails to make a designation under Rule 30(b)(6) or 31(a)(4);

(iii) a party fails to answer an interrogatory submitted under Rule 33; or

(iv) a party fails to produce documents or fails to respond that inspection will be permitted—or fails to permit inspection—as requested under Rule 34.

(C) *Related to a Deposition.* When taking an oral deposition, the party asking a question may complete or adjourn the examination before moving for an order.

(4) *Evasive or Incomplete Disclosure, Answer, or Response.* For purposes of this subdivision (a), an evasive or incomplete disclosure, answer, or response must be treated as a failure to disclose, answer, or respond.

(5) *Payment of Expenses; Protective Orders.*

(A) *If the Motion Is Granted (or Disclosure or Discovery Is Provided After Filing).* If the motion is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees. But the court must not order this payment if:

(i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action;

(ii) the opposing party's nondisclosure, response, or objection was substantially justified; or

(iii) other circumstances make an award of expenses unjust.

Fed.R.Civ. P. 37.

Sciara has failed to provide responses to the Interrogatories and Request For Production of Documents. Movant certifies that multiple extensions have been given in good faith to resolve the issue and ultimately, the responses have not been provided and this issue could not be resolved by agreement between the parties without further delay. The failure to respond to the Interrogatories and Request For Production of Documents is causing delay in this proceeding, including without limitation, the rescheduling of Sciara's deposition, continuance of the discovery deadline, and delay

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

in the adjudication of the claims in this proceeding.

Pursuant to FRCP 37(a)(1), Movant hereby certifies that she has conferred in good faith with counsel for Sciara as more fully set forth herein and in the McPherson Declaration in an effort to secure the information and material without court action. Despite these efforts, the parties were unable to reach a resolution.

## CONCLUSION

Based upon the foregoing, Plaintiff respectfully requests an order:

1. compelling responses to the Interrogatories and Requests for Production from Sciara by a date certain and without objection to the Discovery;

2. ordering Sciara and/or Sciara's counsel to pay Plaintiff's reasonable attorney's fees and expenses incurred in bringing this Motion;

3. extending the discovery deadline for a period of approximately 60 days from Monday, November 17, 2025 to Thursday, January 16, 2026; and

4. extending the deadline for filing dispositive motions from Monday, November 3, 2025 to Thursday, January 16, 2026.

Dated September 10, 2025.                    FOX ROTHSCHILD LLP

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

6

176551836.3

**EXHIBIT 1**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

| | |
|---|---|
| **From:** | Hosey, Angela |
| **To:** | pmortenson@nvlaw.us |
| **Cc:** | DRafie@nvlaw.us; Office Manager; CMCorwin@nvlaw.us; McPherson, Jeanette E. |
| **Subject:** | Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et. al, Adv. Case No. 24-011210-ABL (In re Brian Sebastian Sciara, Case No. 23-13265-ABL) (Discovery Requests) |
| **Date:** | Friday, May 23, 2025 1:52:31 PM |
| **Attachments:** | Plaintiff"s Interrogatories(172442902.1)-C.pdf<br>Plaintiff"s Request for Admissions(172521441.1)-C.pdf<br>Plaintiff"s Request for Production of Documents(172507134.1)-C.pdf |
| **Importance:** | High |

Good Afternoon,

Attached are copies of the following documents in connection to the above referenced matter:

1. Plaintiff's Interrogatories to Defendant Brian Sebastian Sciara;
2. Plaintiff's Requests for Admissions to Defendant Brian Sebastian Sciara; and
3. Plaintiff's Request for Production of Documents to Defendant Brian Sebastian Sciara.



**Angela Hosey**
Paralegal
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
☐ (702) 699-5927
☐ (702) 597-5503
☐ ahosey@foxrothschild.com

**Learn about our new brand.**

**EXHIBIT 2**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada  89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

| | |
|---|---|
| **From:** | Kevin Chan |
| **To:** | Hosey, Angela |
| **Cc:** | pmortenson@nvlaw.us; McPherson, Jeanette E. |
| **Subject:** | [EXT] RE: Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et. al, Adv. Case No. 24-011210-ABL (In re Brian Sebastian Sciara, Case No. 23-13265-ABL) (Discovery Requests) |
| **Date:** | Monday, June 23, 2025 4:58:52 PM |
| **Attachments:** | image001.png |
| | 2025-06-23 Sciara"s Responses to RFAs.pdf |

Please see the attached Responses to the Requests for Admissions.

Thank you,



**Kevin Chan**

Office Manager/Paralegal to

Peter B. Mortenson, Esq. &

Darius F. Rafie, Esq.

8375 W. Flamingo Rd., Ste. 102

Las Vegas, NV 89147

Phone:  702.363.4190

Fax: 702.363.4107

The information contained in this electronic mail message is confidential information that may be covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, intended only for the use of the individual or entity named above, and may be privileged, confidential or otherwise protected disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Any further distribution of this message is strictly prohibited without the written consent of the sender. If you have received this communication in error, please immediately notify us by telephone (702)-363-4190, and delete the original message. Thank you.

**EXHIBIT 3**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

| | |
|---|---|
| **From:** | Kevin Chan |
| **To:** | Hosey, Angela |
| **Cc:** | pmortenson@nvlaw.us; McPherson, Jeanette E. |
| **Subject:** | [EXT] RE: Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et. al, Adv. Case No. 24-011210-ABL (In re Brian Sebastian Sciara, Case No. 23-13265-ABL) (Discovery Requests) |
| **Date:** | Thursday, June 26, 2025 3:47:15 PM |
| **Attachments:** | image001.png<br>2025-06-26 Sciara"s Amended Responses to RFAs.pdf |

Amended Responses to RFAs attached.



**Kevin Chan**

Office Manager/Paralegal to

Peter B. Mortenson, Esq. &

Darius F. Rafie, Esq.

8375 W. Flamingo Rd., Ste. 102

Las Vegas, NV 89147

Phone:  702.363.4190

Fax: 702.363.4107

The information contained in this electronic mail message is confidential information that may be covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, intended only for the use of the individual or entity named above, and may be privileged, confidential or otherwise protected disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Any further distribution of this message is strictly prohibited without the written consent of the sender. If you have received this communication in error, please immediately notify us by telephone (702)-363-4190, and delete the original message. Thank you.

**EXHIBIT 4**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

**From:**       Kevin Chan
**To:**         Hosey, Angela
**Cc:**         pmortenson@nvlaw.us; McPherson, Jeanette E.
**Subject:**    [EXT] RE: Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et. al, Adv. Case No. 24-011210-ABL (In re Brian Sebastian Sciara, Case No. 23-13265-ABL) (Discovery Requests)
**Date:**       Monday, June 23, 2025 4:10:12 PM
**Attachments:** image001.png

Hi Angela,

Can we have a small extension to the end of day Wednesday to submit the discovery responses?

Thank you,



**Kevin Chan**

Office Manager/Paralegal to

Peter B. Mortenson, Esq. &

Darius F. Rafie, Esq.

8375 W. Flamingo Rd., Ste. 102

Las Vegas, NV 89147

Phone:  702.363.4190

Fax: 702.363.4107

The information contained in this electronic mail message is confidential information that may be covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521, intended only for the use of the individual or entity named above, and may be privileged, confidential or otherwise protected disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. Any further distribution of this message is strictly prohibited without the written consent of the sender. If you have received this communication in error, please immediately notify us by telephone (702)-363-4190, and delete the original message. Thank you.

**EXHIBIT 5**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

| | |
|---|---|
| **From:** | McPherson, Jeanette E. |
| **To:** | Kevin Chan; Hosey, Angela |
| **Cc:** | pmortenson@nvlaw.us |
| **Subject:** | RE: Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et. al, Adv. Case No. 24-011210-ABL (In re Brian Sebastian Sciara, Case No. 23-13265-ABL) (Discovery Requests) |
| **Date:** | Tuesday, June 24, 2025 8:58:44 AM |
| **Attachments:** | image001.png |

Hi Kevin,

Given that the discovery deadline is approaching, we are fine with a small extension to Wednesday if you are okay with a small discovery extension, if necessary.  Is this agreeable?

Regards,

Jeanette



**Jeanette E McPherson**

Partner

One Summerlin

1980 Festival Plaza Drive, Suite 700

Las Vegas, NV 89135

☐ (702) 699-5923

☐ (702) 597-5503

☐ jmcpherson@foxrothschild.com

**EXHIBIT 6**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

| | |
|---|---|
| **From:** | McPherson, Jeanette E. |
| **To:** | pmortenson@nvlaw.us; Kevin Chan |
| **Cc:** | Hosey, Angela |
| **Subject:** | Sciara/Discovery Extension |
| **Date:** | Wednesday, June 25, 2025 2:01:24 PM |

Hi Peter,

In connection with our conversation earlier today, we agreed to the following:

1.  An extension of the discovery deadline in this proceeding to July 31, 2025;
2.  The deposition of Mr. Sciara has been continued to July 22, 2025 at 9:30 a.m.; and
3.  The responses to the plaintiff's discovery will be provided by this Friday, June 27, 2025.

If this is not your understanding of our agreement, please let me know in writing by June 26, 2025.  Thank you.

Regards,
Jeanette



Fox Logo

**Jeanette E McPherson**
Partner
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5923
(702) 597-5503
jmcpherson@foxrothschild.com

**EXHIBIT 7**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

**From:** McPherson, Jeanette E.
**Sent:** Thursday, July 3, 2025 9:01 AM
**To:** pmortenson@nvlaw.us; Kevin Chan <kchan@nvlaw.us>
**Subject:** FW: Sciara/Discovery Extension

Hi Peter,

As you know, we have not received the discovery responses that were due by the extended discovery deadline set forth below.  Please provide these responses no later than July 8, 2025.  This will be a third extension. Please contact me if you would like to discuss this.  If I don't hear from you or receive the responses, the trustee will be forced to file a motion to compel.

Also, so you are aware, we believe that the amended responses to the requests for admission do not have responses that comply with the rules.

Please feel free to contact me if you have any questions.

Regards,
Jeanette



**Jeanette E McPherson**
Partner

One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

📞 (702) 699-5923
🖨 (702) 597-5503
✉ jmcpherson@foxrothschild.com

1

**EXHIBIT 8**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

# Mᴏʀᴛᴇɴꜱᴏɴ & Rᴀꜰɪᴇ

Aᴛᴛᴏʀɴᴇʏꜱ ᴀᴛ Lᴀᴡ
a limited liability partnership

DARIUS F. RAFIE, ESQ.† ‡                     † Admitted in Nevada                8375 W. FLAMINGO RD., STE. 102
PETER B. MORTENSON, ESQ. †                   ‡ Admitted in Utah                  LAS VEGAS, NEVADA  89147
                                                                                 TELEPHONE: (702) 363-4190
                                                                                 FACSIMILE: (702) 363-4107
                                                                                 E-MAIL: MANAGER@NVLAW.US

July 15, 2025                                    **SEND VIA EMAIL**

Jeanette E. McPherson, Esq.
FOX ROTHSCHILD LLP
1980 Festival Plaza, Dr., Ste. 700
Las Vegas, NV 89135
jmcpherson@foxrothschild.com

Re:     **Krohn v. Sciara, et. al. / Adv. Case No. 24-01121-ABL**
        **Request to Reschedule Discover Request Deadline**

Ms. McPherson,

I apologize that I have not been in communication for the past few business days and have not served Brian Sciara's Answers to Interrogatories and Responses to Requests for Production of Documents. Shortly after we last spoke I received word from my family that my mother's health had taken a turn for the worse and that Hospice was indicating that she would soon pass. I immediately traveled up to Utah and sat with her for the last few days. She did pass away on Sunday, July 13, 2025. I am back in my office today, but will be leaving again tomorrow to take care of her funeral arrangements and other estate matters. I anticipate having very limited availability for the next two weeks while I attend to these matters.

Accordingly, I am writing to request that the Discover Requests be rescheduled to a date at least three weeks out, if possible. Of course I would be in agreement to extend all other deadlines as needed to complete discovery, conduct Brian's deposition and hold the mediation. I apologize for the inconvenience and appreciate your understanding during this difficult time.

Please let me know if you agree with my requests, or if you have other concerns you wish to discuss.

Sincerely,

*/s/ Peter B. Mortenson*

_____
Peter B. Mortenson, Esq.

**EXHIBIT 9**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

| | |
|---|---|
| **From:** | McPherson, Jeanette E. |
| **To:** | Kevin Chan |
| **Cc:** | Hosey, Angela; pmortenson@nvlaw.us; Greg Schmidt |
| **Subject:** | RE: Sciara / Request for Extension |
| **Date:** | Tuesday, July 15, 2025 1:22:29 PM |
| **Attachments:** | image001.png |

Hi Peter,

I'm sorry to hear the news.  Condolences to you and your family.

An extension of all deadlines is fine as requested.  Please provide me with dates and times for a continued deposition for Mr. Sciara so we can get a new date and the notice on file.  Also, please draft a stipulation with an extended discovery deadline of October 1, 2025.

Regards,
Jeanette



Fox Logo

**Jeanette E McPherson**
Partner
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5923
(702) 597-5503
jmcpherson@foxrothschild.com

**EXHIBIT 10**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

**From:** McPherson, Jeanette E.
**Sent:** Friday, August 29, 2025 8:31 AM
**To:** pmortenson@nvlaw.us
**Subject:** Sciara/No responses to discovery

Hi Peter,

As you know, additional time was provided to respond to the outstanding discovery requests.  I have reached out to you for these responses multiple times and additional time to respond was provided by the Trustee.  Statements have been made that the responses would be produced, including at the last status hearing, yet nothing has been received.  As a result, the trustee will, unfortunately, have to move forward with filing a motion to compel.

Regards,
Jeanette



**Jeanette E McPherson**
Partner

One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

📞 (702) 699-5923
🖨 (702) 597-5503
✉ jmcpherson@foxrothschild.com

1

**EXHIBIT 11**

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

176551836.3

**From:** pmortenson@nvlaw.us <pmortenson@nvlaw.us>
**Sent:** Friday, August 29, 2025 9:12 AM
**To:** McPherson, Jeanette E. <JMcPherson@foxrothschild.com>
**Subject:** [EXT] Re: Sciara/No responses to discovery

Jeanette,

I am out of the office for the long weekend. I will get the answers and responses to you on Tuesday.

Peter
Sent from my iPhone