JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com
*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | |
| Plaintiff, | **DECLARATION OF JEANETTE E. MCPHERSON IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND TO CONTINUE DISCOVERY AND RELATED DEADLINES** |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants. | Date:  October 21, 2025<br>Time:  10:00 a.m. |

I, Jeanette E. McPherson, declare under penalty of perjury under the laws of the United States, as follows:

1.    I am over the age of 18 and am mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2.    I am counsel of record for Shelley D. Krohn, Trustee ("Trustee" or "Plaintiff").

3.    I make this declaration in support of the Plaintiff's Motion To Compel And To Continue Discovery And Related Deadlines ("Motion").

4.    On October 2, 2024, the Trustee commenced this proceeding by filing a Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption,

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

1

176774132.2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4).  The Complaint was thereafter amended on October 25, 2024 (the "Complaint") [ECF 1 and 6].

5.    On November 19, 2024, the Debtor filed Defendant Brian Sciara's Answer To Amended Complaint (the "Answer") [ECF 10].

6.    On February 10, 2025, the Plaintiff filed the Standard Discovery Plan ("Discovery Plan") [ECF 15] proposing a discovery deadline of July 1, 2025.

7.    On May 23, 2025, my office emailed Plaintiff's Request For Production Of Documents To Defendant Brian Sebastian Sciara ("Request For Production of Documents") to counsel for Sciara. Responses to the Request For Production of Documents were due from Sciara by June 23, 2025.  See Exhibit 1 to the Motion.

8.    On May 23, 2025, my office emailed Plaintiff's Interrogatories To Defendant Brian Sebastian Sciara ("Interrogatories") to counsel for Sciara.  Responses to the Interrogatories were due from Sciara on  June 23, 2025. See Exhibit 1 to the Motion.

9.    On May 23, 2025, my office emailed Plaintiff's Requests For Admissions to counsel for Sciara. Responses to the Requests For Admissions were due on June 23, 2025.  See Exhibit 1 to the Motion.

10.    On June 23, 2025, Sciara emailed me Defendant Brian Sciara's Responses To Plaintiff's Requests For Admissions. See Exhibit 2 to the Motion.

11.    Thereafter, on June 26, 2025, the Defendant, without filing a motion, emailed me Defendant Brian Sciara's Amended Responses  To Plaintiff's Requests For Admissions. See Exhibit 3 to the Motion.

12.    On August 8, 2025, a Stipulation To Amend Discovery Plan To Extend Discovery And To Set Dispositive Motion Deadline ("Stipulation") [ECF 31] was filed extending the discovery deadline to Monday, November 17, 2025, and setting the deadline for filing dispositive motions on Monday, November 3, 2025.  The Order approving the Stipulation was entered by the Court on August 12, 2025 [ECF 32].

13.    Counsel for Sciara and I have corresponded regarding the responses to the Interrogatories and Requests For Production of Documents as follows:

2

a)      an email dated June 23, 2025 from Kevin Chan requesting an extension to respond to Wednesday June 25, 2025. See Exhibit 4 to the Motion;

b)      an email dated June 24, 2025 from me setting forth an agreement to provide discovery responses by June 25, 2025. See Exhibit 5 to the Motion;

c)      an email dated June 25, 2025 from me setting forth a further agreement to provide the responses to Interrogatories and Requests For Production of Documents by June 27, 2025. See Exhibit 6 to the Motion;

d)      an email dated July 3, 2025 from me requesting that the responses to Interrogatories and Requests For Production of Documents be provided by July 8, 2025.  See Exhibit 7 to the Motion;

e)      a letter from Peter Mortenson dated July 15, 2025 requesting that responses to the Interrogatories and Requests For Production of Documents be set at least three weeks out. See Exhibit 8 to the Motion;

f)      an email response from me on July 15, 2025 agreeing to the requested extension. See Exhibit 9 to the Motion;

g)      an email dated August 29, 2025 from me that states that since the responses have not been provided that a motion to compel would be filed.  See Exhibit 10 to the Motion; and

h)      an email dated August 29, 2025 from P. Mortenson providing that responses would be provided by Tuesday, which was September 2, 2025, See Exhibit 11 to the Motion.[1]

14.     To date, I have not received responses to the Interrogatories nor to the Request For Production of Documents despite multiple extensions and statements that they would be provided. Given the passage of time and significant delay, and the belief that Sciara is simply delaying and does not intend on providing responses, I have filed this Motion.

15.     Sciara has failed to provide responses to the Interrogatories and Request For Production of Documents.  Multiple extensions have been given in good faith to resolve the issue and ultimately, they have not been provided and this issue could not be resolved by agreement between

_____

[1] Further, at the last hearing held on August 12, 2025, in this proceeding, Defendant's counsel indicated responses to the Interrogatories and Requests For Production of Documents would be provided.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

176774132.2

the parties without further delay. The failure to respond to the Interrogatories and Request For Production of Documents is causing delay in this proceeding including without limitation, the rescheduling of Sciara's deposition and continuance of the discovery deadline, and delay in the adjudication of the claims in this proceeding.

16.    Pursuant to FRCP 37(a)(1), I hereby certify that I have conferred in good faith with counsel for Sciara as more fully set forth herein and in the Motion in an effort to secure the information and material without court action.  Despite these efforts, the parties were unable to reach a resolution.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 10, 2025.

By: /s/ Jeanette E. McPherson
JEANETTE E. MCPHERSON.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

176774132.2