Peter B. Mortenson, Esq.
Nevada Bar No. 05725
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sebastian Sciara*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No.: 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| Plaintiff, | |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants. | |

The Court having reviewed and considered the Motion to Withdraw as Counsel of Record (the "Motion") and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

//

//

//

**IT IS FURTHER ORDERED** that the Movant shall give notice of this Order to the Defendant at his last known address.

**IT IS SO ORDERED.**

_____
Hon. Judge August B. Landis
US Bankruptcy Court, District of Nevada

Submitted by:
MORTENSON & RAFIE, LLP

*/s/Peter B. Mortenson*
_____
Peter B. Mortenson, Esq.
*Attorney for Brian Sebastian Sciara*

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107