

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
November 19, 2025

JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com
*Counsel for Shelley D. Krohn, Trustee*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AND TO CONTINUE DISCOVERY AND RELATED DEADLINES** |
| Plaintiff, | |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | Date:   November 10, 2025<br>Time:  3:00 p.m. |
| Defendants. | **Continued Hearing Date:**<br>Date:   December 8, 2025<br>Time:  9:30 a.m. |

Plaintiff's Motion To Compel And To Continue Discovery And Related Deadlines (the "Motion") having come before this Court for hearing on October 21, 2025; the Court having announced its decision on the Motion on November 10, 2025; Shelley D. Krohn ("Plaintiff" or "Trustee"), appearing by and through her counsel, Jeanette E. McPherson, Esq. of Fox Rothschild

1

179304606.1

LLP, and Brian Sebastian Sciara ("Sciara") appearing by and through his counsel Peter B. Mortenson, Esq. of Mortenson & Rafie, LLP ("Sciara's Counsel"); no other appearances having been made on the record; the Motion having been properly noticed and set for hearing; the Court having reviewed all documents filed in connection with the Motion; the Court having made its findings of fact and conclusions of law upon the record which are incorporated herein pursuant to Federal Rules of Bankruptcy Procedure 9014(c) and 7052, and for good cause appearing, it is hereby

**ORDERED** that the Motion is **GRANTED** and that:

(1)     Sciara shall serve supplemental and complete responses to Plaintiff's interrogatories as well as complete responses to Plaintiff's request for production of documents. He will do so on or before November 20, 2025;

(2)     Sciara and Sciara's Counsel are jointly and severally liable for payment of the Trustee's reasonable attorney's fees and costs incurred in making the Motion. As such, the Trustee shall file an itemized statement of her attorney's fees and costs no later than November 20, 2025. Any opposition to this statement shall be filed no later than November 28, 2025.  Any reply shall be filed no later than December 5, 2025.  A hearing on the reasonableness of the Trustee's attorney's fees and costs shall be held on **December 8, 2025 at 9:30 a.m.**; and

(3)     the discovery deadline in this proceeding is continued to January 16, 2026 and the deadline for filing dispositive motions is continued to January 16, 2026.

Submitted by:                                          Approved/Disapproved by:

 FOX ROTHSCHILD LLP                                MORTENSON & RAFIE, LLP


/s/ Jeanette E. McPherson                          /s/ Peter B. Mortenson
Jeanette E. McPherson, Esq.                       Peter B. Mortenson, Esq.
1980 Festival Plaza Dr., Suite 700              8375 W. Flamingo Rd., Suite 102
Las Vegas, Nevada 89135                          Las Vegas, Nevada 89147

*Counsel for Shelley D. Krohn, Trustee*          *Counsel for Defendant Brian Sciara*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

2

179304606.1

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.

# # #

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

179304606.1