

_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
November 25, 2025

Peter B. Mortenson, Esq.
Nevada Bar No. 05725
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sebastian Sciara*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.:   BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No.: 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | **ORDER SHORTENING TIME TO HEAR MOTION TO ALTER OR AMEND INTERLOCUTORY ORDER** |
| Plaintiff, | |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | Date:     December 08, 2025<br>Time:     09:30 a.m. |
| Defendants. | |

The Court having reviewed and considered the *Ex-Parte Application for Order Shortening Time* (the "Application") *to Hear Motion to Alter or Amend Interlocutory Order* (the "Motion");

**IT IS HEREBY ORDERED** that the Application is GRANTED and the Debtor's Motion will be heard by a United States Bankruptcy Judge at the United States Bankruptcy Court, remotely by dialing 1-833-435-1820, Meeting ID: 161 110 6049, Access Code/Passcode: 154251#.

**IT IS FURTHER ORDERED** that any opposition to the requested relief shall be due by _____November 28, 2025_____.

**IT IS FURTHER ORDERED** that any response to the Motion shall be due by _____December 05, 2025_____.

**IT IS FURTHER ORDERED** that this hearing may be continued from time to time until completed without further notice except as may be announced in open court.

**IT IS SO ORDERED.**

_____

Submitted by:
MORTENSON & RAFIE, LLP

*/s/Peter B. Mortenson*
_____
Peter B. Mortenson, Esq.
*Attorney for Brian Sebastian Sciara*

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107