Peter B. Mortenson, Esq.
Nevada Bar No. 05725
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: (702) 363-4190
Fx: (702) 363-4107
Email: manager@nvlaw.us
*Attorney for Defendants*

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No.:   BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Adv. Case No.: 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,<br><br>Defendants. | **MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>Time:<br>Date: |

Defendant BRIAN SEBASTIAN SCIARA, by and through his counsel, PETER B. MORTENSON, ESQ., hereby files this Motion for Order Shortening Time for their *Motion to*

//

//

//

//

Page **1** of **3**

*Withdraw as Counsel for Defendant Brian Sebastian Sciara.*

DATED this 8 day of December, 2025.

**MORTENSON & RAFIE, LLP**

/s/ *Peter B. Mortenson*

Peter B. Mortenson, Esq.
Nevada Bar No. 05725
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sebastian Sciara*

**CERTIFICATE OF SERVICE**

Pursuant to Bankruptcy Rule 7030 and FRCP 30(a)(1), I certify that I am an employee of MORTENSON & RAFIE, LLP and that on this 8 day of December 2025, I caused the above and foregoing document *Motion for Order Shortening Time to Hear Motion to Withdraw as Counsel of Record* to be served as follows:

[ X ]  By ECF System.

        Jeanette E. McPherson, Esq.
        FOX ROTHSCHILD LLP
        1980 Festival Plaza Dr., Ste. 700
        Las Vegas, NV 89135

[ X ]  By placing same to be deposited for mailing in the United States Mail, enclosed in a sealed envelope upon which first class postage prepaid in Las Vegas, Nevada.

[ X ]  To the last known address, email address, and/or facsimile number listed below:

        Brian Sciara
        712 Pont Chartrain Dr.
        Las Vegas, NV 89145
        bsciara@gmail.com

                                    */s/ Kevin Chan*
                              An employee of MORTENSON & RAFIE, LLP

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107