Peter B. Mortenson, Esq.
Nevada Bar No. 05725
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sebastian Sciara*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No.: 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | **NOTICE OF HEARING AND NOTICE OF ENTRY OF ORDER SHORTENING TIME** |
| Plaintiff, | |
| v. | **REMOTE: (833) 435-1820**<br>**Meeting ID: 161 110 6049**<br>**Passcode: 154251#** |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | **Hearing Date:** _____, 2025<br>**Hearing Time:** |
| Defendants. | |

TO:  ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a *Motion to Alter or Amend Interlocutory Order* [ECF Doc _____] (the "Motion") was filed on the \_\_\_the day of November, 2025. The Motion seeks an order from the Court to allow Peter B. Mortenson, Esq., and the law firm of MORTENSON & RAFIE, LLP, to withdraw as counsel of record for Defendant Brian Sebastian Sciara pursuant to Nevada Rules of Professional Conduct 1.16(b) and LR IA11-6(b)

due to a breakdown in communication on fundamental issues of the case and a conflict of interest.

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to Consider your views on the Motion, then you must file an opposition with the Court, and serve a copy of the person making the Motion prior to the hearing or presented orally at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before United States Bankruptcy Chief Judge, August B. Landis, remotely by dialing (833) 435-1820, Meeting ID: 161 110 6049, Access Code / Passcode: 154251#, on the __ day of _____, 2025, at the hour of _____ a.m.

NOTICE IS FURTHER GIVEN that an Order Shortening Time to Hear Motion to Withdraw as Counsel of Record [ECF Doc ____] was duly entered on the _____ day of _____, 2025, in the above-referenced matter, of which a true and correct copy is attached hereto.

DATED this  8  day of December.

                MORTENSON & RAFIE, LLP

                */s/ Peter B. Mortenson*
                _____
                Peter B. Mortenson, Esq.
                Nevada Bar No. 05725
                8375 W. Flamingo Rd., Ste. 102
                Las Vegas, NV  89147
                Telephone (702) 363-4190
                Facsimile (702) 363-4107
                Email: manager@nvlaw.com
                *Attorney for Brian Sebastian Sciara*

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

# CERTIFICATE OF SERVICE

Pursuant to Bankruptcy Rule 7030 and FRCP 30(a)(1), I certify that I am an employee of MORTENSON & RAFIE, LLP and that on this 8 day of December 2025, I caused the above and foregoing document *Notice of Hearing and Notice of Entry of Order Shortening Time* to be served as follows:

[ X ]   By ECF System.

       Jeanette E. McPherson, Esq.
       FOX ROTHSCHILD LLP
       1980 Festival Plaza Dr., Ste. 700
       Las Vegas, NV 89135

[ X ]   By placing same to be deposited for mailing in the United States Mail, enclosed in a sealed envelope upon which first class postage prepaid in Las Vegas, Nevada.

[ X ]   To the last known address, email address, and/or facsimile number listed below:

       Brian Sciara
       712 Pont Chartrain Dr.
       Las Vegas, NV 89145
       bsciara@gmail.com

                                          */s/ Kevin Chan*
                                      An employee of MORTENSON & RAFIE, LLP