Peter B. Mortenson, Esq.
Nevada Bar No. 05725
**MORTENSON & RAFIE, LLP**
8375 W. Flamingo Rd., Ste. 102
Las Vegas, NV 89147
Ph: 702-363-4190
Fx: 702-363-4107
Email: manager@nvlaw.us
*Attorney for Brian Sebastian Sciara*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.:   BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No.: 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants. | |

1.      I caused to be served a copy of the following documents:

*Notice of Entry of Order Granting Motion to Withdraw as Counsel of Record for*

*Brian Sebastain Sciara*

I served the above-named document(s) by the following means to the persons as listed

below:

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

[ X ]    a.    By ECF System (Order Granting Motion to Withdraw as Attorney of Record January 30th, 2026):

Jeanette E. McPherson, Esq.
FOX ROTHSCHILD LLP
1980 Festival Plaza Dr., Ste. 700
Las Vegas, NV 89135

[ X ]    b.    By United States First Class Mail postage fully prepaid (Order Granting Motion to Withdraw as Attorney of Record January 30th, 2026):

Brian Sebastian Sciara
712 Pont Chartrain Dr.
Las Vegas, NV 89145

[  ]    c.    By United States Certified Mail postage fully prepaid:

[  ]    d.    By Personal Service

[  ]    I personally delivered the document(s) to the persons at these addresses:

[  ]    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[  ]    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of  suitable age and discretion residing there.

[  ]    e.    By direct email (as opposed to through the ECF System)

Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication  that the transmission was unsuccessful.

**MORTENSON & RAFIE, LLP**
8375 West Flamingo Road, Suite 102
Las Vegas, Nevada 89147
Telephone (702) 363-4190 Facsimile (702) 363-4107

[ ]      f.      By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

[ ]      g.    By messenger

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the  United States of America that the foregoing is true and correct.

Dated: January 30th, 2026

/s/ *Danielle Nicotine*
_____
An employee of MORTENSON & RAFIE, LLP