JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com
*Counsel for Shelley D. Krohn, Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | |
| Plaintiff, | **PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED.R.BANKR. P. 7037** |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants. | Date:  June 23, 2026 Time: 10:00 a.m. |

Shelley D. Krohn ("Plaintiff" or "Trustee"), by and through her counsel, Jeanette E. McPherson, Esq. of Fox Rothschild LLP, hereby files this Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037 (the "Motion"). This Motion is made and based upon 11 U.S.C. § 105, Federal Rule of Bankruptcy Procedure ("FRBP") 7037, LR 7037, the Declaration of Jeanette E. McPherson ("McPherson Declaration"), the Points and Authorities set forth herein, and any argument entertained at the time of any hearing pertaining to this matter.

## POINTS AND AUTHORITIES

### Jurisdiction, Venue, and Bankruptcy Filing

1.    Brian Sebastian Sciara (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition") on August 4, 2023 (the "Petition Date").

1

184938116.1

2. On July 15, 2024, the Court entered an Order Granting Motion For Conversion of Small Business Case To Chapter 7 [ECF 96] ("Conversion Order").

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H), (J), and (O).

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

6. The procedural grounds for the relief requested herein is Fed. R. Bankr. P. 7001.

7. Pursuant to Fed. R. Bankr. 7008 and Local Rule 7008, the Plaintiff consents to the entry of final orders or judgment by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgment consistent with Article III of the United States Constitution.

**Prepetition Transfer of Property**

8. Sciara was the owner of the Property located at 712 Pont Chartrain Drive, Las Vegas, Nevada 89145. [Adv. ECF 6 at para. 20].

9. Sciara executed a Quitclaim Deed, recorded on October 13, 2022, transferring the Property from Sciara to the Irrevocable Trust. [Adv. ECF 6 at para. 21 and Adv. ECF 10 at para. 21].

10. The Property was transferred to the Irrevocable Trust (the "Transfer") without consideration.

**Bankruptcy Filing**

11. Sciara filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition") on August 4, 2023 (the "Petition Date").

12. On July 15, 2024, the Court entered an Order Granting Motion For Conversion of Small Business Case To Chapter 7 [ECF 96] ("Conversion Order").

13. At the time of the Petition Date, a bankruptcy estate was created.

14. Although the Property was transferred to the Irrevocable Trust, the Property is listed as an asset of Sciara (in fact, community property) on Schedule A/B of his Petition. [ECF 34 at p. 4].

15. Sciara declared a homestead exemption in the Property. [ECF 34 at p. 10].

16. The Irrevocable Trust was not listed on Schedule B of the Petition. [ECF 17 and 34].

17. Sciara was aware of the Irrevocable Trust and the transfer as he stated on his Statement

2

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

184938116.1

of Financial Affairs ("SOFA") that he transferred the Property to the Irrevocable Trust on September 16, 2022.  [ECF 17 and 34].

**Adversary Proceeding**

**Filing**

18.    On October 2, 2024, the Trustee commenced this proceeding by filing a Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4).  The Complaint was thereafter amended on October 25, 2024 (the "Complaint") [Adv. ECF 1 and 6].  The Complaint was filed against the Debtor and Glenn H. Truitt, Trustee Of The B.S.A.P. Irrevocable Trust Dated September 16, 2022 (the "Irrevocable Trust").

19.    On November 19, 2024, the Debtor filed Defendant Brian Sciara's Answer To Amended Complaint (the "Answer") [Adv. ECF 10].

20.    On February 10, 2025, the Plaintiff filed the Standard Discovery Plan ("Discovery Plan") [Adv. ECF 15] proposing a discovery deadline of July 1, 2025.

21.    On February 3, 2025, a Default was entered by the Clerk against the Irrevocable Trust, as the Irrevocable Trust did not file a response to the Complaint.

**Written Discovery**

22.    On May 23, 2025, the Plaintiff emailed Plaintiff's Request For Production Of Documents To Defendant Brian Sebastian Sciara ("Request For Production of Documents") to counsel for Sciara. Responses to the Request For Production of Documents were due from Sciara by June 23, 2025.

23.    On May 23, 2025, the Plaintiff emailed Plaintiff's Interrogatories To Defendant Brian Sebastian Sciara ("Interrogatories") to counsel for Sciara.  Responses to the Interrogatories were due from Sciara on June 23, 2025.

24.    On May 23, 2025, the Plaintiff emailed Plaintiff's Requests For Admissions to counsel for Sciara. Responses to the Requests For Admissions were due on June 23, 2025.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

3

184938116.1

25. On June 23, 2025, Sciara emailed Plaintiff the Defendant Brian Sciara's Responses To Plaintiff's Requests For Admissions.

26. Thereafter, on June 26, 2025, the Defendant, without filing a motion, emailed Plaintiff the Defendant Brian Sciara's Amended Responses To Plaintiff's Requests For Admissions.

27. On August 8, 2025, a Stipulation To Amend Discovery Plan To Extend Discovery And To Set Dispositive Motion Deadline ("Stipulation") [Adv. ECF 31] was filed extending the discovery deadline to Monday, November 17, 2025, and setting the deadline for filing dispositive motions on Monday, November 3, 2025. The Order approving the Stipulation was entered by the Court on August 12, 2025 [Adv. ECF 32].

28. The parties corresponded regarding the responses to the Interrogatories and Requests For Production of Documents.

**Plaintiff's Motion To Compel**

29. On September 11, 2025, the Plaintiff filed Plaintiff's Motion To Compel And To Continue Discovery And Related Deadlines. [Adv. ECF 36] ("Compel Motion"). As set forth in the Compel Motion, the Plaintiff sought an order compelling responses to the Interrogatories and Requests for Production from Sciara, ordering Sciara and/or Sciara's counsel to pay Plaintiff's reasonable attorney's fees and expenses incurred in bringing this Motion, and extending the discovery deadline for a period of approximately 60 days from Monday, November 17, 2025 to Thursday, January 16, 2026. As set forth in the Compel Motion, the failure to respond to the Interrogatories and Request For Production of Documents was causing delay in this proceeding, including without limitation delay in the completion of discovery and the rescheduling of Sciara's deposition.

30. On November 19, 2025, the Court entered an Order Granting Plaintiff's Motion To Compel And To Continue Discovery And Related Deadlines. [Adv. ECF 51].

**Defendant's Counsel's Withdrawal, Continued Discovery Deadlines, and Deposition**

31. On November 19, 2025, Defendant's counsel filed a Motion Withdraw as Attorney of Record. [Adv. ECF 50].

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

4

184938116.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

32. On November 20, 2025, Defendant filed a Motion To Alter Or Amend Interlocutory Order ("Motion to Amend"). [Adv. ECF 55].

33. On December 8, 2025, an Amended Motion To Withdraw as Counsel was filed. [Adv. ECF 73].

32. Given the pending discovery issues and anticipated withdrawal of Defendant's counsel, on December 10, 2025, Plaintiff and Defendant filed an Amended Standard Discovery Plan continuing the discovery deadline to April 15, 2026.  [Adv. ECF 76].

34. On December 11, 2025, an Order Denying Motion To Withdraw As Counsel was entered. [Adv. ECF 77].

35. On December 12, 2025, a Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP was filed wherein Defendant's counsel requested a settlement of the fee award entered against him.  [Adv. ECF 141].

36. On December 16, 2025, given Defendant's counsel intent to withdraw and related discovery issues, a Fifth Notice Of Continued Deposition Of Defendant Brian Sebastian Sciara Pursuant To Bankruptcy Rule 7030 And Federal Rule Of Civil Procedure 30(a)(1) ["Fifth Notice of Deposition") was filed scheduling the deposition of Brian Sciara for April 8, 2026 at 10:00 a.m. [Adv. ECF 82]. The Fifth Notice of Deposition was properly noticed on the Defendant's counsel before he had withdrawn. [Adv. ECF 82].

37. On January 5, 2026, Defendant's counsel filed a Final Motion to Withdraw As Attorney of Record. [Adv. ECF. 91].

38. On January 30, 2026, an Order Granting Motion To Withdraw As Counsel Of Record Was Entered. [Adv. ECF 108].

39. On April 8, 2026, pursuant to the Fifth Notice of Deposition a deposition was held ("April Deposition"). The Defendant failed to appear at the April Deposition. A true and correct copy of the April Deposition is attached hereto as **Ex. 1**.

**Memorandum of Law**

The Debtor failed to appear at the April Deposition. Fed.R.Bankr. P. 7037, incorporating Fed.R.Civ. P. 37, provides in relevant part:

5

184938116.1

(d) Party's Failure to Attend Its Own Deposition, Serve Answers to Interrogatories, or Respond to a Request for Inspection.

(1) *In General.*

(A) *Motion; Grounds for Sanctions.* The court where the action is pending may, on motion, order sanctions if:

(i) a party or a party's officer, director, or managing agent—or a person designated under Rule 30(b)(6) or 31(a)(4)—fails, after being served with proper notice, to appear for that person's deposition[.]

. . . .
. . . .

(3) *Types of Sanctions.* Sanctions may include any of the orders listed in Rule 37(b)(2)(A)(i)—(vi). Instead of or in addition to these sanctions, the court must require the party failing to act, the attorney advising that party, or both to pay the reasonable expenses, including attorney's fees, caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust.

Further, Fed.R.Civ. P. 37(b)(2) provides:

(b) Failure to Comply with a Court Order.

. . . .

(2) *Sanctions Sought in the District Where the Action Is Pending.*

(A) *For Not Obeying a Discovery Order.* If a party or a party's officer, director, or managing agent—or a witness designated under Rule 30(b)(6) or 31(a)(4)—fails to obey an order to provide or permit discovery, including an order under Rule 26(f), 35, or 37(a), the court where the action is pending may issue further just orders. They may include the following:

(i) directing that the matters embraced in the order or other designated facts be taken as established for purposes of the action, as the prevailing party claims;

(ii) prohibiting the disobedient party from supporting or opposing designated claims or defenses, or from introducing designated matters in evidence;

(iii) striking pleadings in whole or in part;

(iv) staying further proceedings until the order is obeyed;

(v) dismissing the action or proceeding in whole or in part;

(vi) rendering a default judgment against the disobedient party;

. . . .

Fed.R.Civ. P. 37(b)(2)(A)(i)-(vi).

"A party may depose a person by serving 'reasonable written notice.' Fed. R. Civ. P. 30(b)(1).

'If a person is a party, a simple notice of deposition is sufficient to compel attendance, while a non-

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

6

184938116.1

party's attendance can be compelled only by subpoena.' *Jules Jordan Video, Ino. v. 144942 Canada Inc.,* 617 F.3d 1146, 1158 (9th Cir. 2010)." *Nationstar Mortg., LLC v. Flamingo Trails No. 7 Landscape Maintenance Ass'n*, 316 F.R.D. 327, 335 (D. Nev. 2016). If a party does not appear for a deposition, Rule 37 states the following, "The court where the action is pending may, on motion, order sanctions if: (i) a party ... fails, after being served with proper notice, to appear for that person's deposition. . . ." Fed. R. Civ. P. 37(d)(1)(A)(i). A meet-and-confer is not required prior to filing a motion seeking sanctions. *See* 316 F.R.D. at 335.

The Fifth Notice of Deposition was noticed upon Sciara's counsel, Peter Mortenson, who was Sciara's counsel at the time and who has since withdrawn. [Adv. ECF 82]. Sciara did not appear at the April Deposition. In addition to Sciara's failure to attend the April Deposition, as demonstrated by the record in this proceeding, Sciara has been less than cooperative and forthcoming with responding to written discovery propounded by Plaintiff on Sciara. As a result, the Plaintiff has not been able to obtain all information or verify information that Plaintiff anticipates that Defendant may or will use in defense to Plaintiff's claims. The information sought by Plaintiff relates to the elements of Plaintiff's claims including the state of the Debtor's finances at the time of the transfer of the Property, including without limitation, the Debtor's income, the Debtor's payment of his debts/liabilities, and the valuation and status of his assets at the time of the transfer of his assets to the Irrevocable Trust. Accordingly, Plaintiff requests an order prohibiting Sciara from opposing the Plaintiff's claims that include elements that the Plaintiff must establish relating to the state of his finances at the time of the transfer of the Property, including presenting any evidence regarding the value of his assets and the amount of his liabilities at or around the time of the transfer of the Property, and Sciara's income and/or Sciara's ability to pay his debts or liabilities as they came due at the time of the transfer of the Property to the Irrevocable Trust. In addition, Plaintiff requests that the deadline to file dispositive motions be extended another 45 days from entry of an order regarding this Motion, including the filing of a motion for summary judgment, to be able to address the request herein. In the alternative, should the Court find that Plaintiff's request herein is not appropriate, the Plaintiff requests that all discovery deadlines be continued for another 90 days during which time Sciara shall appear at a deposition.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

7

184938116.1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**CONCLUSION**

Based upon the foregoing, Plaintiff respectfully requests that this Court enter an order:

1)      prohibiting Sciara from opposing the Plaintiff's claims that include elements that the Plaintiff must establish relating to the state of his finances at the time of the transfer of the Property, including presenting any evidence regarding the value of his assets and the amount of his liabilities at or around the time of the transfer of the Property and Sciara's income and/or Sciara's ability to pay his debts or liabilities as they came due at the time of the transfer of the Property to the Irrevocable Trust.

2)      that the deadline to file dispositive motions be extended another 45 days from entry of an order regarding this Motion, including the filing of a motion for summary judgment, to be able to address the request herein.

3)      in the alternative, should the Court find that Plaintiff's request herein is not appropriate, the Plaintiff requests that all discovery deadlines be continued for another 90 days during which time Sciara shall appear at a deposition.

Dated: May 4, 2026.

FOX ROTHSCHILD LLP

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Trustee*

8

184938116.1

# EXHIBIT 1

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

184938116.1

Page 1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re                            )
                                 )
BRIAN SEBASTIAN SCIARA,          )
                                 )
                Debtor.          )Case No.: BK-S-23-13265-ABL
_____)Chapter 7
                                 )
SHELLEY D. KROHN, TRUSTEE,       )Adv. Case No. 24-01121-ABL
                                 )
                Plaintiff,       )
                                 )
          vs.                    )
                                 )
BRIAN SEBASTIAN SCIARA; and GLENN)
H. TRUITT, TRUSTEE OF THE        )
B.S.A.P. IRREVOCABLE TRUST DATED )
SEPTEMBER 16, 2022,              )
                                 )
                Defendants.      )
_____)


CERTIFICATE OF NONAPPEARANCE
SCHEDULED DEPOSITION OF BRIAN SEBASTIAN SCIARA, VOLUME II



Taken at
Fox Rothschild LLP
1980 Festival Plaza Drive
Suite 700
Las Vegas, Nevada 89135

On Wednesday, April 8, 2026
At 10:20 a.m.


Reported by:  Sarah M. Winn-Boddie, RPR, CCR No. 868
Job No. 61837, Firm No. 116F

Certificate of Nonappearance

Brian Sebastian Sciara                                                In re: Brian Sebastian Sciara

Page 2

APPEARANCES:

    For the Trustee:   JEANETTE E. McPHERSON, ESQ.
                       Fox Rothschild
                       1980 Festival Plaza Drive
                       Suite 700
                       Las Vegas, Nevada 89135
                       (702) 262-6899

                              EXHIBITS

  Number    Description                                        Marked

                         (No exhibits)

www.lexitaslegal.com                 **LEXITAS**™                  702-476-4500

Certificate of Nonappearance

Brian Sebastian Sciara                                                          In re: Brian Sebastian Sciara

Page 3

WEDNESDAY, APRIL 8, 2026; LAS VEGAS, NEVADA

10:20 a.m.

-oOo-

MS. McPHERSON:  This is the time and place for the deposition of defendant Brian Sebastian Sciara. It is approximately 11:20 [sic] on April 8th. Deposition was scheduled for 10 o'clock on April 8th at the offices of Fox Rothschild at 1980 Festival Plaza Drive, Suite 700, in Las Vegas, Nevada 89135.  This deposition was scheduled and has been continued multiple times to this date, given the pending issues with Mr. Sciara's counsel withdrawing.  The continuances were provided, given the courtesies extended to Mr. Mortenson and for other reasons.

The notice of continuance is on the court's docket at Docket 82, the document titled "Fifth Notice of Continued Deposition of Defendant Brian Sebastian Sciara, Pursuant to Bankruptcy Rules 7030 and Federal Rule of Civil Procedure 30(a)(1)."

Given that Mr. Sciara has not shown up or otherwise provided any notification that he would be appearing late or requesting any continuance, we will end the deposition for today at, again, approximately 11:21 [sic].

(The proceedings concluded at 10:21 a.m.)

**LEXITAS**

Certificate of Nonappearance

Brian Sebastian Sciara

In re: Brian Sebastian Sciara

Page 4

REPORTER'S CERTIFICATE

STATE OF NEVADA   )
                  )  SS
COUNTY OF CLARK   )

I, Sarah M. Winn-Boddie, Certified Court Reporter, do hereby certify that I took down in stenotype all of the proceedings had in the before-entitled matter at the time and place indicated, and that thereafter said shorthand notes were transcribed into typewriting at and under my direction and supervision, and that the foregoing transcript constitutes a full, true, and accurate record of the proceedings had.

IN WITNESS WHEREOF I have hereunto set my hand and affixed my official seal in my office in the County of Clark, State of Nevada, this 8th day of April, 2026.



_____
Sarah M. Winn-Boddie, RPR, CCR No. 868

**LEXITAS**™

Certificate of Nonappearance

Brian Sebastian Sciara                                    In re: Brian Sebastian Sciara

| | | | | | |
|---|---|---|---|---|---|
| **-** | **82** 3:16 | **continuance** 3:15,22 | | **Mortenson** 3:14 | **place** 3:4 |
| **-ooo-** 3:3 | **89135** 3:9 | **continuances** 3:13 | **F** | **Mr** 3:12,14, 20 | **Plaza** 3:8 |
| | **8th** 3:6,7 | **continued** 3:10,17 | **Federal** 3:18 | **MS** 3:4 | **Procedure** 3:19 |
| **1** | **A** | **counsel** 3:12 | **Festival** 3:8 | **multiple** 3:11 | **proceedings** 3:25 |
| **10** 3:7 | **a.m.** 3:2,25 | **court's** 3:15 | **Fifth** 3:16 | | **provided** 3:13,21 |
| **10:20** 3:2 | **again** 3:23 | **courtesies** 3:13 | **for** 3:5,7,14, 23 | **N** | **Pursuant** 3:18 |
| **10:21** 3:25 | **any** 3:21,22 | | **Fox** 3:8 | **Nevada** 3:1,9 | |
| **11:20** 3:6 | **appearing** 3:22 | **D** | | **not** 3:20 | **R** |
| **11:21** 3:24 | **approximately** 3:6,23 | **date** 3:11 | **G** | **notice** 3:15,16 | **reasons** 3:14 |
| **1980** 3:8 | **April** 3:1,6,7 | **defendant** 3:5,17 | **given** 3:11,13, 20 | **notification** 3:21 | **requesting** 3:22 |
| **2** | **at** 3:8,16, 23,25 | **deposition** 3:5,7,10, 17,23 | **I** | **O** | **Rothschild** 3:8 |
| **2026** 3:1 | **B** | **docket** 3:16 | **in** 3:9 | **o'clock** 3:7 | **Rule** 3:19 |
| **3** | **Bankruptcy** 3:18 | **document** 3:16 | **issues** 3:11 | **of** 3:5,8,15, 17,19 | **Rules** 3:18 |
| **30(a)(1)** 3:19 | **Brian** 3:5,17 | **Drive** 3:9 | **It** 3:6 | **offices** 3:8 | **S** |
| **7** | **C** | **E** | **L** | **on** 3:6,7,15 | **scheduled** 3:7,10 |
| **700** 3:9 | **Civil** 3:19 | **end** 3:23 | **Las** 3:1,9 | **other** 3:14 | **Sciara** 3:5,18,20 |
| **7030** 3:18 | **concluded** 3:25 | **extended** 3:14 | **late** 3:22 | **otherwise** 3:21 | **Sciara's** 3:12 |
| **8** | | | **M** | **P** | **Sebastian** 3:5,17 |
| **8** 3:1 | | | **Mcpherson** 3:4 | **pending** 3:11 | **shown** 3:20 |



www.lexitaslegal.com                                              702-476-4500

Certificate of Nonappearance

Brian Sebastian Sciara                                           In re: Brian Sebastian Sciara

**sic**
  3:6,24

**Suite**
  3:9

---

**T**

---

**this**
  3:4,9,11

**time**
  3:4

**times**
  3:11

**titled**
  3:16

**to**
  3:11,14,
  18

**today**
  3:23

---

**U**

---

**up**
  3:20

---

**V**

---

**Vegas**
  3:1,9

---

**W**

---

**we**
  3:22

**WEDNESDAY**
  3:1

**with**
  3:12

**withdrawi
ng**
  3:12

