JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com
*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | |
| Plaintiff, | **DECLARATION OF JEANETTE E. MCPHERSON IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED.R.BANKR. P. 7037** |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants. | Date:  June 23, 2026<br>Time: 10:00 a.m. |

I, Jeanette E. McPherson, declare under penalty of perjury under the laws of the United States, as follows:

1.      I am over the age of 18 and am mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2.      I am counsel of record for Shelley D. Krohn, Trustee ("Trustee" or "Plaintiff").

3.      I make this declaration in support of the Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037.

**Jurisdiction, Venue, and Bankruptcy Filing**

4.      Brian Sebastian Sciara (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition") on August 4, 2023 (the "Petition Date").

5.    On July 15, 2024, the Court entered an Order Granting Motion For Conversion of Small Business Case To Chapter 7 [ECF 96] ("Conversion Order").

**Prepetition Transfer of Property**

6.    Sciara was the owner of the Property located at 712 Pont Chartrain Drive, Las Vegas, Nevada 89145. [Adv. ECF 6 at para. 20].

7.    Sciara executed a Quitclaim Deed, recorded on October 13, 2022, transferring the Property from Sciara to the Irrevocable Trust.  [Adv. ECF 6 at para. 21 and Adv. ECF 10 at para. 21].

**Bankruptcy Filing**

8.    Sciara filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition") on August 4, 2023 (the "Petition Date").

9.    On July 15, 2024, the Court entered an Order Granting Motion For Conversion of Small Business Case To Chapter 7 [ECF 96] ("Conversion Order").

10.    Although the Property was transferred to the Irrevocable Trust, the Property is listed as an asset of Sciara (in fact, community property) on Schedule A/B of his Petition. [ECF 34 at p. 4].

11.    Sciara declared a homestead exemption in the Property. [ECF 34 at p. 10].

12.    The Irrevocable Trust was not listed on Schedule B of the Petition. [ECF 17 and 34].

13.    Sciara was aware of the Irrevocable Trust and the transfer as he stated on his Statement of Financial Affairs ("SOFA") that he transferred the Property to the Irrevocable Trust on September 16, 2022.  [ECF 17 and 34].

**Adversary Proceeding**

   **Filing**

14.    On October 2, 2024, the Trustee commenced this proceeding by filing a Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4).   The Complaint was thereafter amended on October 25, 2024 (the "Complaint") [Adv. ECF 1 and 6].  The Complaint was filed against the Debtor and Glenn H. Truitt, Trustee Of The B.S.A.P. Irrevocable Trust Dated September 16, 2022 (the "Irrevocable Trust").

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

15. On November 19, 2024, the Debtor filed Defendant Brian Sciara's Answer To Amended Complaint (the "Answer") [Adv. ECF 10].

16. On February 10, 2025, the Plaintiff filed the Standard Discovery Plan ("Discovery Plan") [Adv. ECF 15] proposing a discovery deadline of July 1, 2025.

17. On February 3, 2025, a Default was entered by the Clerk against the Irrevocable Trust, as the Irrevocable Trust did not file a response to the Complaint.

**Written Discovery**

18. On May 23, 2025, the Plaintiff emailed Plaintiff's Request For Production Of Documents To Defendant Brian Sebastian Sciara ("Request For Production of Documents") to counsel for Sciara. Responses to the Request For Production of Documents were due from Sciara by June 23, 2025.

19. On May 23, 2025, the Plaintiff emailed Plaintiff's Interrogatories To Defendant Brian Sebastian Sciara ("Interrogatories") to counsel for Sciara. Responses to the Interrogatories were due from Sciara on June 23, 2025.

20. On May 23, 2025, the Plaintiff emailed Plaintiff's Requests For Admissions to counsel for Sciara. Responses to the Requests For Admissions were due on June 23, 2025.

21. On June 23, 2025, Sciara emailed Plaintiff the Defendant Brian Sciara's Responses To Plaintiff's Requests For Admissions.

22. Thereafter, on June 26, 2025, the Defendant, without filing a motion, emailed Plaintiff the Defendant Brian Sciara's Amended Responses To Plaintiff's Requests For Admissions.

23. On August 8, 2025, a Stipulation To Amend Discovery Plan To Extend Discovery And To Set Dispositive Motion Deadline ("Stipulation") [Adv. ECF 31] was filed extending the discovery deadline to Monday, November 17, 2025, and setting the deadline for filing dispositive motions on Monday, November 3, 2025. The Order approving the Stipulation was entered by the Court on August 12, 2025 [Adv. ECF 32].

24. The parties corresponded regarding the responses to the Interrogatories and Requests For Production of Documents.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**Plaintiff's Motion To Compel**

25.     On September 11, 2025, the Plaintiff filed Plaintiff's Motion To Compel And To Continue Discovery And Related Deadlines. [Adv. ECF 36] ("Compel Motion"). As set forth in the Compel Motion, the Plaintiff sought an order compelling responses to the Interrogatories and Requests for Production from Sciara,  ordering Sciara and/or Sciara's counsel to pay Plaintiff's reasonable attorney's fees and expenses incurred in bringing this Motion, and  extending the discovery deadline for a period of approximately 60 days from Monday, November 17, 2025 to Thursday, January 16, 2026.  As set forth in the Compel Motion, the failure to respond to the Interrogatories and Request For Production of Documents was causing delay in this proceeding, including without limitation delay in the completion of discovery and the rescheduling of Sciara's deposition.

26.     On November 19, 2025, the Court entered an Order Granting Plaintiff's Motion To Compel And To Continue Discovery And Related Deadlines. [Adv. ECF 51].

**Defendant's Counsel's Withdrawal, Continued Discovery Deadlines, and Deposition**

27.     On November 19, 2025, Defendant's counsel filed a Motion Withdraw as Attorney of Record. [Adv. ECF 50].

28.     On November 20, 2025, Defendant filed a Motion To Alter Or Amend Interlocutory Order ("Motion to Amend"). [Adv. ECF 55].

29.     On December 8, 2025, an Amended Motion To Withdraw as Counsel was filed. [Adv. ECF 73].

30.     Given the pending discovery issues and anticipated withdrawal of Defendant's counsel, on December 10, 2025, Plaintiff and Defendant filed an Amended Standard Discovery Plan continuing the discovery deadline to April 15, 2026.  [Adv. ECF 76].

31.     On December 11, 2025, an Order Denying Motion To Withdraw As Counsel was entered. [Adv. ECF 77].

32.     On December 12, 2025, a Motion To Approve Settlement With Peter Mortenson Of Mortenson & Rafie, LLP was filed wherein Defendant's counsel requested a settlement of the fee award entered against him.  [Adv. ECF 141].

33.     On December 16, 2025, given Defendant's counsel intent to withdraw and related discovery issues, a Fifth Notice Of Continued Deposition Of Defendant Brian Sebastian Sciara Pursuant To Bankruptcy Rule 7030 And Federal Rule Of Civil Procedure 30(a)(1) ["Fifth Notice of Deposition") was filed scheduling the deposition of Brian Sciara for April 8, 2026 at 10:00 a.m. [Adv. ECF 82]. The Fifth Notice of Deposition was properly noticed on Defendant's counsel before he had withdrawn. [Adv. ECF 82].

34.     On January 5, 2026, Defendant's counsel filed a Final Motion to Withdraw As Attorney of Record. [Adv. ECF. 91].

35.     On January 30, 2026, an Order Granting Motion To Withdraw As Counsel Of Record Was Entered. [Adv. ECF 108].

36.     On April 8, 2026, pursuant to the Fifth Notice of Deposition a deposition was held ("April Deposition"). The Defendant failed to appear at the April Deposition. A true and correct copy of the transcript from the April Deposition is attached to the Motion as Ex. 1.

37.     In addition to Sciara's failure to attend the April Deposition, as demonstrated by the record in this proceeding, Sciara has been less than cooperative and forthcoming with responding to written discovery propounded by Plaintiff on Sciara. As a result, the Plaintiff has not been able to obtain all information or verify information that Plaintiff anticipates that Defendant may or will use in defense to Plaintiff's claims. The information sought by Plaintiff relates to the elements of Plaintiff's claims including the state of the Debtor's finances at the time of the transfer of the Property, including without limitation, the Debtor's income, the Debtor's payment of his debts/liabilities, and the valuation and status of his assets at the time of the transfer of his assets to the Irrevocable Trust. Accordingly, Plaintiff requests an order prohibiting Sciara from opposing the Plaintiff's claims that include elements that the Plaintiff must establish relating to the state of his finances at or around the time of the transfer of the Property, including presenting any evidence regarding the value of his assets and the amount of his liabilities at the time of the transfer of the Property and Sciara's income and/or Sciara's ability to pay his debts or liabilities as they came due at the time of the transfer of the Property to the Irrevocable Trust.

38.     In addition, Plaintiff requests that the deadline to file dispositive motions be extended

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

another 45 days from entry of an order regarding this Motion, including the filing of a motion for summary judgment, to be able to address the request herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 5, 2026.

/s/ Jeanette E. McPherson
Jeanette E. McPherson

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)