JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 / Facsimile: 702.597.5503
Email: jmcpherson@foxrothschild.com

*Counsel for Shelley D. Krohn, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, Plaintiff, v. BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, Defendants. | **NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FED.R.BANKR. P. 7037** <br><br> Date:  June 23, 2026 <br> Time:  10:00 a.m. |

**NOTICE IS HEREBY GIVEN** that Fox Rothschild LLP, counsel for Shelley D. Krohn, Trustee ("Trustee" or "Plaintiff"), has filed a *Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037* (the "Motion").  This Motion requests an order:

1)      prohibiting Sciara from opposing the Plaintiff's claims that include elements that the Plaintiff must establish relating to the state of his finances at the time of the transfer of the Property, including presenting any evidence regarding the value of his assets and the amount of his liabilities at or around the time of the transfer of the Property and Sciara's income and/or Sciara's ability to pay his debts or liabilities as they came due at the time of the transfer of the Property to the Irrevocable Trust.

2)      that the deadline to file dispositive motions be extended another 45 days from entry of an order regarding this Motion, including the filing of a motion for summary judgment, to be able to address the request herein.

3)    in the alternative, should the Court find that Plaintiff's request herein is not appropriate, the Plaintiff requests that all discovery deadlines be continued for another 90 days during which time Sciara shall appear at a deposition.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion (see Local Rule 9014(d)(1)), unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a copy of the Motion may be obtained by contacting Fox Rothschild LLP in writing by email:  ahosey@foxrothschild.com, or by mail:  Fox Rothschild LLP, Jeanette E. McPherson, Esq., 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135, or by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion may be continued without further notice.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The hearing on

/ / /

/ / /

/ / /

the Motion will be held before a United States Bankruptcy Judge, via teleconference on **June 23, 2026 at 10:00 a.m., prevailing Pacific time**.  Parties are permitted to appear telephonically by dialing **833.435.1820** and entering meeting ID **161 110 6049** and entering access code **154251#**.

Dated this 4th day of May, 2026.

**FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson

Jeanette E. McPherson, Esq.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Trustee*

185114989.1