JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com

*Counsel for Shelley D. Krohn, Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-23-13265-ABL |
| BRIAN SEBASTIAN SCIARA, | Chapter 7 |
| Debtor. | Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE, | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022, | |
| Defendants | |

1.      I caused to be served a copy of the following documents:

    a.      Plaintiff's Motion for Sanctions Pursuant to Fed.R.Bankr. P. 7037 [ECF 113] ("Motion");

    b.      Declaration Of Jeanette E. McPherson In Support Of Plaintiff's Motion for Sanctions Pursuant to Fed.R.Bankr. P. 7037 [ECF 114] ("Declaration"); and

    c.      Notice Of Hearing Regarding Plaintiff's Motion for Sanctions Pursuant to Fed.R.Bankr. P. 7037 [ECF 115] ("NOH").

2.      I served the above-named documents by the following means to the persons listed below:

/ / /

/ / /

☒   a.   **By ECF/ECM System:**

JEANETTE E. MCPHERSON on behalf of Plaintiff SHELLEY D. KROHN
JMcPherson@FoxRothschild.com, ahosey@foxrothschild.com,nv.dkt@foxrothschild.com

☒   b.   **By United States First Class postage fully prepaid:**

Brian Sebastian Sciara
712 Point Chartrain Dr.
Las Vegas, NV  89145

☐   c.   **By United States Certified Mail postage fully prepaid**:

☐   d.   **By Personal Service**

☐   I personally delivered the documents to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office.

☐   For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   e.   **By direct email as opposed to through the  System:**

I caused the documents to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   f.   **By fax transmission**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐   g.   **By messenger**

I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

185180841.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 6, 2026.

/s/ Angela Hosey
Angela Hosey

185180841.1