United States Bankruptcy Court
District of Nevada

KROHN,

    Plaintiff                                                        Adv. Proc. No. 24-01121-abl

SCIARA,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Aug 06, 2026 | Form ID: pdf928 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | + BRIAN SEBASTIAN SCIARA, 712 PONT CHARTRAIN DR, LAS VEGAS, NV 89145-8629 |
| dft | + GLENN H. TRUITT, 400 S 4TH ST, STE 540, LAS VEGAS, NV 89101-6207 |
| intp | + GLENN H. TRUITT, 712 PONT CHARTRAIN DRIVE, LAS VEGAS, NV 89145-8629 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2026                     Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEANETTE E. MCPHERSON | on behalf of Plaintiff SHELLEY D. KROHN JMcPherson@FoxRothschild.com ahosey@foxrothschild.com,nv.dkt@foxrothschild.com |

TOTAL: 1

_____
Honorable August B. Landis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:                                          )     Case No.: 23-13265-abl
                                                )
BRIAN SEBASTIAN SCIARA,                         )     Chapter 7
                                                )
                Debtor.                         )     Adv. Proceeding No.: 24-01121-abl
_____         )
SHELLEY D. KROHN, *TRUSTEE*,                     )
                                                )     Hearing Date: July 17, 2026
                Plaintiff,                       )     Hearing Time: 3:00 p.m.
                                                )
v.                                              )
                                                )
BRIAN SEBASTIAN SCIARA, et al.,                 )
                                                )
                Defendants.                     )
_____         )

**ORDER GRANTING MOTION FOR SANCTIONS**

On July 17, 2026, the Court issued its oral ruling after consideration of Plaintiff's Motion for Sanctions Pursuant to Fed. R. Bankr. P. 7037.[1]

At the July 17, 2026 oral ruling, attorney Jeanette E. McPherson appeared telephonically

---

[1] ECF No. 113, hereafter the "Sanctions Motion." The Motion was filed in the adversary proceeding identified in the caption. In this Order, all references to "ECF No." are to the numbers assigned to the documents filed in the adversary proceeding identified in the caption as they appear on the official court docket maintained by the Clerk of the Court.

on behalf of Trustee Shelley D. Krohn.[2] Defendant Brian Sebastian Sciara appeared telephonically in proper person.[3] No other appearances were noted on the record.

To the extent that the Court made findings of fact and conclusions of law in the course of its oral ruling on July 17, 2026, those findings of fact and conclusions of law are incorporated into this Order by this reference pursuant to FED. R. CIV. P. 52, made applicable in this adversary proceeding pursuant to FED. R. BANKR. P. 7052.

For the reasons stated on the record:

**IT IS ORDERED** that the Sanctions Motion is **GRANTED** under FED. R. BANKR. P. 7037 and FED. R. CIV. P. 37 as follows:

1. To the extent that the Sanctions Motions seeks to impose sanctions under 7037(b)(2)(A)(iii), the Court **STRIKES** Mr. Sciara's Answer filed on November 19, 2024,[4] from the record.

2. To the extent that the Sanctions Motion seeks to impose sanctions under 7037(b)(2)(A)(ii), the Court prohibits Mr. Sciara from opposing Plaintiff's claims as pled in the Amended Complaint filed on October 25, 2024,[5] that include elements Plaintiff must establish relating to the state of Mr. Sciara's finances at the time of the transfer of the Property, including the presentation of any evidence regarding the value of his assets and the amount of his liabilities at or around the time of the transfer of the Property, Mr. Sciara's income, and/or Mr. Sciara's ability to pay his debts or liabilities as they came due at the time of the transfer of the Property to the Irrevocable Trust.

3. To the extent that the Sanctions Motion seeks to impose sanctions under 7037(b)(2)(A)(vi) and (vii), the Court is satisfied that the other sanctions imposed pursuant to its July 17, 2026 oral ruling and this written Order are proportional Mr. Sciara's failure to appear at his scheduled deposition on April 8, 2026, and sufficient

---

[2] Hereafter "Plaintiff."
[3] Hereafter "Mr. Sciara."
[4] See ECF No. 10.
[5] See ECF No. 6.

to address it.[6] As a result, no additional remedies for contempt of court are imposed against Mr. Sciara under the terms of this Order.

4.  Plaintiff's request to extend the deadline for filing dispositive motions for a period of forty-five (45) days after the entry of this Order on the Court's docket is **GRANTED**.

**IT IS SO ORDERED**.

Copies sent to all parties via CM/ECF Electronic Mail System.

Copies sent via BNC to:

BRIAN SEBASTIAN SCIARA
712 PONT CHARTRAIN DR
LAS VEGAS, NV 89145

GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022
400 S 4TH ST STE 540
LAS VEGAS, NV 89101

GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022
712 PONT CHARTRAIN DRIVE
LAS VEGAS, NEVADA 89145

# # #

---

[6] See ECF No. 82.

3