JEANETTE E. MCPHERSON, ESQ., NV Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899 /Facsimile: 702.597.5503
Email: jmcpherson@foxrothschild.com
*Counsel for Shelley D. Krohn, Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,<br><br>Defendants. | **STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Shelley D. Krohn ("Plaintiff" or "Trustee"), by and through her counsel, Jeanette E. McPherson, Esq. of Fox Rothschild LLP, hereby files this Statement Of Undisputed Facts In Support Of Plaintiff's Motion For Summary Judgment (the "Undisputed Facts") pursuant to LR 7056. The Undisputed Facts reference the Request For Judicial Notice Regarding Plaintiff's Motion For Partial Summary Judgment ("RJN") contemporaneously filed by the Plaintiff. The Undisputed Facts are set forth as follows and the documents referenced herein are attached. The Plaintiff notes that some of the facts set forth below were admitted by the Defendant in Brian Sciara's Answer To Amended Complaint [Adv. ECF 10] ("Answer"), although the Answer was stricken by the Order Granting Motion For Sanctions [Adv. ECF 119]. Further, the assertions in the Amended Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. §

727(a)(2)(A) and (4) [Adv. ECF 6 at ¶ 12] ("Amended Complaint") are deemed admitted under Fed.R.Bankr. P. 7008 incorporating Fed.R.Civ. P. 8(b)(6) given that the Answer was stricken.

| **¶** | **Undisputed Fact** | **Evidence of Undisputed Fact** |
|---|---|---|
| 7) | On or around September 16, 2022, Sciara created the B.S.A.P. Irrevocable Trust dated September 16, 2022 (the "Irrevocable Trust"). | • Amended Complaint [Adv. ECF 6 at ¶ 12]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |
| 8) | The Irrevocable Trust provides that it is irrevocable as follows:<br>Section 1.03 An Irrevocable Trust<br>Except as otherwise specifically provided in this instrument, this agreement and the trust or trusts established under it are irrevocable. I have no right to alter, amend, revoke, or terminate this trust, in whole or in part. I have no right, acting alone or in conjunction with any person or persons, to consent to, participate in, or be consulted in connection with any alteration, amendment, revocation, or termination. | • Amended Complaint [Adv. ECF 6, Ex. 1 at p. 25]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |
| 9) | The Irrevocable Trust provides that one of its objectives is that the assets of the Irrevocable Trust will not be subject to the claims of Sciara's creditors and any creditors of the beneficiaries of the Irrevocable Trust. | • Amended Complaint [Adv. ECF 6, Ex. 1 at p. 27]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| ¶ | **Undisputed Fact** | **Evidence of Undisputed Fact** |
|---|---|---|
| 9) | Specifically, the Irrevocable Trust provides that "because I do not have the ability to demand or vest any trust assets in myself or my estate, I intend that the trust and all trust property be protected from attachment by my creditors." | • Amended Complaint [Adv. ECF 6, Ex. 1 at pp. 26-27]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |
| 9) | The Irrevocable Trust further provides:<br>My specific objectives in creating this trust include, but are not limited to:<br>. . . .<br>. . . .<br>. . . .<br>. . . .<br>The assets in this trust not be subject to the claims of my creditors and any beneficiary's creditors including spouses, ex-spouses, governmental agencies, third-party creditors, judgment creditors, claimants relating to professional liability, others with as yet undefined claims, and all other claimants whose claims are not enforceable under the Spendthrift Trust Act of Nevada, Nev. Rev. Stat. §§ 166.010 et seq., or similar law of any applicable jurisdictions; and<br>Any interest under this trust, until its distribution, be free of my debts, contracts, claims, pledges, assignments, alienation, and anticipations as grantor, and those of the Trust Protector, any beneficiary, the Trustee, and any person contributing to this trust, and not be subject to any levy, attachment, execution, sequestration, or other process of law.<br>All provisions of this agreement are to be construed to accomplish these objectives. | • Amended Complaint [Adv. ECF 6, Ex. 1 at p. 27]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| ¶ | **Undisputed Fact** | **Evidence of Undisputed Fact** |
|---|---|---|
| 10) | Sciara is the settlor of the Irrevocable Trust. | • Amended Complaint [Adv. ECF 6 at ¶ 15]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 15 admitting same]<br>• RJN<br>• See Exhibits 7, 8 |
| 11) | Sciara is the Investment Trustee of the Irrevocable Trust. | • Amended Complaint [Adv. ECF 6, at p.16]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 16 admitting same]<br>• RJN<br>• See Exhibits 7, 8 |
| 12) | Glenn H. Truitt was the Trustee of the Irrevocable Trust. | • Amended Complaint [Adv. ECF 6, at p.17]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 17 admitting same]<br>• RJN<br>• See Exhibits 7, 8 |
| 13) | The "lifetime beneficiaries" of the Irrevocable Trust are Sciara, his wife, and his children. | • Amended Complaint [Adv. ECF 6, Ex. 1 at p. 29]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| ¶ | Undisputed Fact | Evidence of Undisputed Fact |
|---|---|---|
| 14) | The Irrevocable Trust contains the following acknowledgment: "I retain no right, title or interest in the income or principal of this trust or any other incident of ownership in any trust property." | • Amended Complaint [Adv. ECF 6 at Ex. 1, p. 25]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |
| 15) | Section 1.03 of the Irrevocable Trust provides in relevant part that:<br>Except as otherwise specifically provided in this instrument, this agreement and the trust or trusts established under it are irrevocable. I have no right to alter, amend, revoke, or terminate this trust, in whole or in part. I have no right, acting alone or in conjunction with any person or persons, to consent to, participate in, or be consulted in connection with any alteration, amendment, revocation, or termination. | • Amended Complaint [Adv. ECF 6 at Ex. 1, p. 25]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting Trust is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |
| 17) | Sciara was the owner of the Property located at 712 Pont Chartrain Drive, Las Vegas, Nevada 89145. | • Amended Complaint [Adv. ECF 6 at ¶ 20]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 20 admitting same]<br>• RJN<br>• See Exhibits 7, 8 |
| 18) | Sciara executed a Quitclaim Deed, recorded on October 13, 2022, transferring the Property from Sciara to the Irrevocable Trust. | • Amended Complaint [Adv. ECF 6 at ¶ 21]<br>• Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10 at ¶ 21 admitting same]<br>• RJN<br>• See Exhibits 7, 8 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| **¶** | **Undisputed Fact** | **Evidence of Undisputed Fact** |
|---|---|---|
| 20) | The Property was transferred to the Irrevocable Trust (the “Transfer”) without consideration. | • Amended Complaint [Adv. ECF 6 at Ex. 2]<br>• Defendant Brian Sciara’s Answer To Amended Complaint [Adv. ECF 10 at ¶ 19 admitting quitclaim is a true and correct copy]<br>• RJN<br>• See Exhibits 7, 8 |
| 21) | Sciara admitted that, at the time of the Transfer of the Property to the Irrevocable Trust, Sciara was a party in pending litigation. | • Amended Complaint [Adv. ECF 6, ¶ 24]<br>• Defendant Brian Sciara’s Answer To Amended Complaint [Adv. ECF 10, ¶ 24 admitting same]<br>• RJN<br>• See Exhibits 7, 8 |
| 22) | Within one year of the date of the Petition, Sciara was involved in multiple lawsuits and these lawsuits remained pending at the time of the filing of the Petition. One of these lawsuits is titled *Sciara v. MiCamp Solutions, LLC, et. al.*, Case No. A-20-824100-B filed in the District Court, Clark County, Nevada (“MiCamp Case”). | • Debtor’s Schedules [ECF 17]<br>• Debtor’s Amended Schedules [ECF 34]<br>• RJN<br>• See Exhibits 2, 3 |

| ¶ | Undisputed Fact | Evidence of Undisputed Fact |
|---|---|---|
| 23) | In the *MiCamp Case*, on or around February 24, 2022, MiCamp, and other defendants, obtained an order granting their motion for summary judgment ("Summary Judgment Order"). | • Findings Of Facts, Conclusions Of Law, And Order Granting (1) Defendants MiCamp Solutions, LLC's And Micamp Holdings, LLC's Motion For Summary Judgment & Joinder To Motions For Summary Judgment Filed By Defendants Fiserv, Inc., Evo Payments, Inc., And Shift4 Payments, LLC (Doc. 110), (2) Defendant Fiserv, Inc.'s Motion For Summary Judgment And Joinder In Motions For Summary Judgment (Doc. 108, 109), (3) Defendant Evo Payments, Inc.'s (A) Motion For Summary Judgment As To Plaintiffs' Claims For Fraudulent Concealment And Civil Conspiracy; And (B) Joinders To Motions For Summary Judgment Filed By Defendants MiCamp Solutions, LLC, MiCamp Holdings, LLC, Fiserv, Inc., And Shift4 Payments, LLC (Doc. 106, 107), And (4) Defendant Shift4 Payments, LLC's Motion For Summary Judgment On Plaintiffs' Amended Negligence & Unjust Enrichment Claims And Joinder To MiCamp, Evo, And Fiserv Motions For Summary Judgment (Doc. 104, 105) & Judgment In Favor Of Defendants And Against Plaintiffs<br>• RJN<br>• See Exhibit 12 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| ¶ | **Undisputed Fact** | **Evidence of Undisputed Fact** |
|---|---|---|
| 24) | On March 7, 2022, MiCamp filed a motion seeking attorneys' fees and costs. | • MiCamp Solutions, LLC's And MiCamp Holdings, LLC's Motion For Attorney's Fees<br>• RJN<br>• See Exhibit 13 |
| 25) | On May 31, 2022, an order was entered awarding MiCamp attorneys' fees and costs ("Attorneys' Fees Order"). | • Order Re: MiCamp Solutions, LLC's And MiCamp Holdings, LLC's Motion For Attorney's Fees<br>• RJN<br>• See Exhibit 14 |
| 26) | The Attorneys' Fees Order provides that "the Court finds the claims brought and maintained by MR. SCIARA and CAPFUND ENTERPRISES, INC. were without reasonable ground for several reasons." | • Order Re: MiCamp Solutions, LLC's And MiCamp Holdings, LLC's Motion For Attorney's Fees<br>• RJN<br>• See Exhibit 14 |
| 27) | On December 1, 2022, the Attorneys' Fees Order was reduced to judgment pursuant to a Judgment Regarding Attorney's Fees in the amount of $156,818.75 plus postjudgment interest ("Fee Judgment"). | • Judgment Regarding Attorney's Fees<br>• RJN<br>• See Exhibit 15 |
| 28) | On January 9, 2023, the court issued a Writ of Execution on the Fee Judgment. | • State Court Docket<br>• RJN<br>• See Exhibit 16 |
| 29) | On August 1, 2023, the court filed a Writ of Execution on the Fee Judgment. | • Writ of Execution<br>• RJN<br>• See Exhibit 17 |
| 30) | Sciara filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition") on August 4, 2023 (the "Petition Date"). | • Debtor's Voluntary Petition [ECF 1]<br>• RJN<br>• See Exhibit 1 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| ¶ | Undisputed Fact | Evidence of Undisputed Fact |
|---|---|---|
| 31) | On July 15, 2024, the Court entered an Order Granting Motion For Conversion of Small Business Case To Chapter 7. | • Order Granting Motion for Conversion of Small Business Case to Chapter 7 [ECF 96]<br>• RJN<br>• See Exhibit 4 |
| 32) | Although the Property was transferred to the Irrevocable Trust, the Property is listed as an asset of Sciara (in fact, marked as community property) on Schedule A/B of his Petition. | • Debtor's Amended Schedules [ECF 34 at p. 4.]<br>• RJN<br>• See Exhibit 3 |
| 33) | Sciara lives in the Property and has declared a homestead exemption in the Property. | • Debtor's Voluntary Petition [ECF 1]<br>• Debtor's Amended Schedules [ECF 34 at p. 10]<br>• RJN<br>• See Exhibits 1, 3 |
| 34) | The Irrevocable Trust was not listed on Schedule B of the Petition. | • Debtor's Schedules [ECF 17]<br>• Debtor's Amended Schedules [ECF 34]<br>• RJN<br>• See Exhibits 2, 3 |
| 35) | Sciara stated on his Statement of Financial Affairs ("SOFA") that he transferred the Property to the Irrevocable Trust on September 16, 2022. | • Debtor's Schedules [ECF 17]<br>• Debtor's Amended Schedules [ECF 34]<br>• RJN<br>• See Exhibits 2, 3 |
| 36) | Sciara valued his interest in Funded, LLC at $0. | • Debtor's Amended Schedules [ECF 34 at p. 7]<br>• RJN<br>• See Exhibit 3 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| ¶ | **Undisputed Fact** | **Evidence of Undisputed Fact** |
|---|---|---|
| 37) | The Internal Revenue Service ("IRS") filed a proof of claim in the amount of $120,746.20 based upon Sciara's failure to pay taxes for the years 2016, 2017, 2018, and 2019. | • Filed Amended Proof of claim No. 1 (Filed 10/29/2024)<br>• RJN<br>• See Exhibit 5 |
| 38) | On October 2, 2024, the Trustee commenced this proceeding by filing a complaint (the "Complaint"). | • Complaint [Adv. ECF 1]<br>• RJN<br>• See Exhibit 6 |
| 39) | On October 25, 2024, the Complaint was amended by filing an amended complaint. | • Amended Complaint [Adv. ECF 6]<br>• RJN<br>• See Exhibit 7 |
| 40) | On November 19, 2024, the Debtor filed Defendant Brian Sciara's Answer To Amended Complaint. | • Defendant Brian Sciara's Answer To Amended Complaint [Adv. ECF 10]<br>• RJN<br>• See Exhibit 8 |
| 41) | On February 3, 2025, an Entry of Default Against Glenn H. Truitt, Trustee Of The B.S.A.P. Irrevocable Trust Dated September 16, 2022 was taken against Glenn Truitt, Trustee of the B.S.A.P. Irrevocable Trust Dated September 16, 2022. | • Entry Of Default Against Glenn H. Truitt, Trustee Of The B.S.A.P. Irrevocable Trust Dated September 16, 2022 [Adv. ECF 13].<br>• RJN<br>• See Exhibit 9 |
| 42) | On May 6, 2026, Plaintiff filed Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037. Pursuant to this motion, the Plaintiff requested that an order be entered that prohibited Sciara from opposing the Plaintiff's claims that include elements that the Plaintiff must establish relating to the state of his finances at the time of the transfer of the Property, including presenting any evidence regarding the value of his assets and the amount of his liabilities at or around the time of the transfer of the Property and Sciara's income and/or Sciara's ability to pay his debts or liabilities as they came due at the time of the transfer of the Property to the Irrevocable Trust. | • Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037 [Adv. ECF 113].<br>• RJN<br>• See Exhibit 10 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| ¶ | Undisputed Fact | Evidence of Undisputed Fact |
|---|---|---|
| 43) | On July 27, 2026, this Court entered an Order Granting Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037. The Sanctions Order provides:<br><br>**IT IS ORDERED** that the Sanctions Motion is **GRANTED** under FED. R. BANKR. P. 7037 and FED. R. CIV. P. 37 as follows:<br><br>1. To the extent that the Sanctions Motions seeks to impose sanctions under 7037(b)(2)(A)(iii), the Court **STRIKES** Mr. Sciara's Answer filed on November 19, 2024, from the record.<br><br>2. To the extent that the Sanctions Motion seeks to impose sanctions under 7037(b)(2)(A)(ii), the Court prohibits Mr. Sciara from opposing Plaintiff's claims as pled in the Amended Complaint filed on October 25, 2024, that include elements Plaintiff must establish relating to the state of Mr. Sciara's finances at the time of the transfer of the Property, including the presentation of any evidence regarding the value of his assets and the amount of his liabilities at or around the time of the transfer of the Property, Mr. Sciara's income, and/or Mr. Sciara's ability to pay his debts or liabilities as they came due at the time of the transfer of the Property to the Irrevocable Trust.<br><br>3. To the extent that the Sanctions Motion seeks to impose sanctions under 7037(b)(2)(A)(vi) and (vii), the Court is satisfied that the other sanctions imposed pursuant to its July 17, 2026 oral ruling and this written Order are proportional Mr.Sciara's failure to appear at his scheduled deposition on April 8, 2026, and sufficient to address it. As a result, no additional remedies for contempt of court are imposed against Mr. Sciara under the terms of this Order. | • Order Granting Motion For Sanctions [Adv. ECF 119]<br>• RJN<br>• See Exhibit 11 |

Dated August 19, 2026.

**FOX ROTHSCHILD LLP**

/s/ Jeanette E. McPherson

Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

## LIST OF EXHIBITS

| Case Name/Number | Ex. No. | Doc. No. | Document Name |
|---|---|---|---|
| In re Brian Sebastian Sciara<br>BK-S-23-13265 | 1 | ECF 1 | Debtor's Voluntary Petition |
| In re Brian Sebastian Sciara<br>BK-S-23-13265 | 2 | ECF 17 | Debtor's Schedules |
| In re Brian Sebastian Sciara<br>BK-S-23-13265 | 3 | ECF 34 | Debtor's Amended Schedules |
| In re Brian Sebastian Sciara<br>BK-S-23-13265 | 4 | ECF 96 | Order Granting Motion for Conversion of Small Business Case to Chapter 7 |
| In re Brian Sebastian Sciara<br>BK-S-23-13265 | 5 | POC 1 | Amended Proof of Claim 1 filed by Internal Revenue Service on 10/29/2024. |
| Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et al.<br>Adv. No. 24-01121 | 6 | ADV 1 | Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4) |
| Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et al.<br>Adv. 24-01121 | 7 | ADV 6 | Amended Complaint For: 1) Avoidance Of Transfer Under 11 U.S.C. §§ 548 and 550, 2) Avoidance Of Transfer Under 11 U.S.C. §§ 544 and 550 And NRS 112.180, 112.190, And NRS 112.210, 3) Denial of Exemption, 4) Unjust Enrichment, And 5) Denial of Discharge Under 11 U.S.C. § 727(a)(2)(A) and (4) |
| Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et al.<br>Adv. 24-01121 | 8 | ADV 10 | Defendant Brian Sciara's Answer To Amended Complaint |
| Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et al.<br>Adv. 24-01121 | 9 | ADV 13 | Entry Of Default Against Glenn H. Truitt, Trustee Of The B.S.A.P. Irrevocable Trust Dated September 16, 2022 |
| Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et al.<br>Adv. 24-01121 | 10 | ADV 113 | Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037 |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

| Case Name/Number | Ex. No. | Doc. No. | Document Name |
|---|---|---|---|
| Shelley D. Krohn, Trustee v. Brian Sebastian Sciara, et al.<br>Adv. 24-01121 | 11 | ADV 119 | Order Granting Plaintiff's Motion For Sanctions Pursuant To Fed.R.Bankr. P. 7037 |
| Brian Sciara, et al. v. MiCamp Solutions, LLC, et al.<br>A-20-824100-B | 12 | EJDC 136 | Findings Of Facts, Conclusions Of Law, And Order Granting (1) Defendants MiCamp Solutions, LLC's And Micamp Holdings, LLC's Motion For Summary Judgment & Joinder To Motions For Summary Judgment Filed By Defendants Fiserv, Inc., Evo Payments, Inc., And Shift4 Payments, LLC (Doc. 110), (2) Defendant Fiserv, Inc.'s Motion For Summary Judgment And Joinder In Motions For Summary Judgment (Doc. 108, 109), (3) Defendant Evo Payments, Inc.'s (A) Motion For Summary Judgment As To Plaintiffs' Claims For Fraudulent Concealment And Civil Conspiracy; And (B) Joinders To Motions For Summary Judgment Filed By Defendants MiCamp Solutions, LLC, MiCamp Holdings, LLC, Fiserv, Inc., And Shift4 Payments, LLC (Doc. 106, 107), And (4) Defendant Shift4 Payments, LLC's Motion For Summary Judgment On Plaintiffs' Amended Negligence & Unjust Enrichment Claims And Joinder To MiCamp, Evo, And Fiserv Motions For Summary Judgment (Doc. 104, 105) & Judgment In Favor Of Defendants And Against Plaintiffs |
| Brian Sciara, et al. v. MiCamp Solutions, LLC, et al.<br>A-20-824100-B | 13 | EJDC 142 | MiCamp Solutions, LLC's And MiCamp Holdings, LLC's Motion For Attorney's Fees |
| Brian Sciara, et al. v. MiCamp Solutions, LLC, et al.<br>A-20-824100-B | 14 | EJDC 167 | Order Re: MiCamp Solutions, LLC's And MiCamp Holdings, LLC's Motion For Attorney's Fees |
| Brian Sciara, et al. v. MiCamp Solutions, LLC, et al.<br>A-20-824100-B | 15 | EJDC 186 | Judgment Regarding Attorney's Fees |
| Brian Sciara, et al. v. MiCamp Solutions, LLC, et al.<br>A-20-824100-B | 16 | EJDC 190 | State Court Docket, Reference to EJDC 190 (Writ Issued Electronically) (01/09/2023) |

| Case Name/Number | Ex. No. | Doc. No. | Document Name |
|---|---|---|---|
| Brian Sciara, et al. v. MiCamp Solutions, LLC, et al.<br>A-20-824100-B | 17 | EJDC 215 | Writ of Execution (08/01/2023) |

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)