JEANETTE E. MCPHERSON, ESQ.
Nevada Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: jmcpherson@foxrothschild.com

*Counsel for Shelley D. Krohn, Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,<br><br>Defendants. | **REQUEST FOR JUDICIAL NOTICE REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, Shelley D. Krohn, the Chapter 7 Trustee (the "Plaintiff" or "Trustee"), by and through her counsel Jeanette E. McPherson, Esq. of Fox Rothschild LLP, hereby files this Request For Judicial Notice Regarding Plaintiff's Motion For Summary Judgment ("Request") pursuant to Rule 201 of the Federal Rules of Evidence ("Fed.R.Evid."). Pursuant to this Request, the Trustee respectfully requests that this Court take judicial notice of publicly filed and recorded documents.

Pursuant to Fed. R. Evid. 201(b) a court "may judicially notice a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Publicly filed documents may be judicially noticed pursuant to Fed. R. Evid. 201(b), because the content of such documents can be determined "by resort

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

to sources whose accuracy cannot reasonably be questioned." *Massachusetts v. Westcott*, 431 U.S. 322, 323 n.2 (1977). This Court may take judicial notice of pleadings filed in any court of record if they have a direct relation to the matters at issue. *In re Heritage Bond Litig.*, 546 F.3d 667, 670 n.1 (9th Cir. 2008) ("Because these documents arise from proceedings that have a direct relation to this appeal, we grant the request."); *Singh v. Ashcroft*, 393 F.3d 903, 905 (9th Cir. 2004) ("Federal Rule of Evidence 201 permits us to take notice of any 'adjudicative' fact 'not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned.'"); *United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue'"). Judicial notice can be taken of the Court's docket and orders. *See In re E.R. Fegert, Inc.*, 887 F.2d 955, 957-8 (9th Cir. 1989); *EM Ltd. v. Republic of Argentina,* 695 F.3d 201, 205 n. 4 (2d Cir.2012) (taking judicial notice of materials in the record and on the district court's docket); *Foster v. Department of Veterans Affairs Office of Personnel,* 2013 WL 146390 (N.D.Cal. 2013) (footnote 3, "[t]he court grants the VA's request for judicial notice of public record documents from the earlier case.").

In addition, under Fed.R.Evid. 201, "a court may take judicial notice of 'matters of public record.'" *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001)(citing *Mack v. S. Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986)). A court may take judicial notice of documents that have been recorded because they are matters of public record whose accuracy cannot be questioned. *See Thompson v. Residential Credit Sols.*, Civ. No. 2:11-2261 WBS DAD, 2011 WL 5877075 at *2 (E.D. Cal. Nov. 22, 2011).

Based on the foregoing, the Trustee requests that this Court take judicial notice of the documents that appear on the docket of this main bankruptcy case, BK-S-23-13265-ABL (including the docket) and Adversary No. 24-01121-ABL. In addition, the Trustee requests that this Court take judicial notice of the pleadings filed in *Sciara, et al. v. MiCamp Solutions, et al.*, Case No. A-20-824100-B and related appeal, and the Quitclaim Deed, Inst. 20221013-000256 recorded October 13,

2022, which are attached to the Statement of Undisputed Facts In Support Of Plaintiff's Motion For Summary Judgment.

Dated: August 19, 2026.

FOX ROTHSCHILD LLP

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Chapter 7 Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)