JEANETTE E. MCPHERSON, ESQ.
Nevada State Bar No. 5423
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Telephone: 702.262.6899
Facsimile: 702.597.5503
Email: jmcpherson@foxrothschild.com

*Counsel for Shelley D. Krohn, Trustee*

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>BRIAN SEBASTIAN SCIARA,<br><br>Debtor. | Case No. BK-S-23-13265-ABL<br><br>Chapter 7<br><br>Adv. Case No. 24-01121-ABL |
| SHELLEY D. KROHN, TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,<br><br>Defendants | **NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 22, 2026<br>Time: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that Shelley D. Krohn, Trustee ("Trustee"),[1] by and through her counsel, Fox Rothschild LLP, has filed *Plaintiff's Motion For Summary Judgment* (the "Motion").

**NOTICE IS FURTHER GIVEN** that a copy of the Motion may be obtained by contacting Fox Rothschild LLP in writing by email: ahosey@foxrothschild.com, or by mail: Fox Rothschild LLP, Jeanette E. McPherson, Esq., 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135, or by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov (account required).

/ / /

/ / /

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Motion.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***within twenty-one (21) days after the Motion was served*** (see Local Rule 7056(c)), unless otherwise ordered by the Court.

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you ***must*** file a **WRITTEN** response to this pleading with the court. You ***must*** also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may ***refuse to allow you to speak*** at the scheduled hearing; and

• The court may ***rule against you*** without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 7056(c), any party opposing the Motion must reproduce the itemized facts in the statement of undisputed facts and admit those facts which are undisputed and deny those which are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission or other document relied upon in support of that denial. The opposing party may also file a separate concise statement of disputed facts, and the source thereof in the record, of all additional material facts as to which there is a genuine issue precluding summary judgment. The opposing party must file as an exhibit to its statement all evidentiary documents that are cited in the opposing papers. If a need for discovery is asserted as a basis for denial of the motion, the party opposing the motion must provide a description of the particular facts on which discovery is to be had or the issues on which discovery is necessary.

**NOTICE IS FURTHER GIVEN** that all hearings are currently being held telephonically absent further order of the Court. The hearing on the Motion will be held before a United States Bankruptcy Judge, via teleconference on **October 22, 2026 at 9:30 a.m., prevailing Pacific time**. Parties are permitted to appear telephonically by dialing **833.435.1820** and entering meeting ID **161 110 6049** and entering access code **154251#**.

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
(702) 262-6899
(702) 597-5503 (fax)

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion may be continued without further notice.

Dated this 20th day of August, 2026. **FOX ROTHSCHILD LLP**

By: /s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Counsel for Shelley D. Krohn, Trustee*