NVB 8010−6 (Rev. 7/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

BRIAN SEBASTIAN SCIARA ,
Debtor(s)

BK−23−13265−abl
CHAPTER 7

Adversary Proceeding: 24−01121−abl

SHELLEY D. KROHN
Plaintiff(s)

Appeal Reference Number: 26−28

vs

BRIAN SEBASTIAN SCIARA
GLENN H. TRUITT
Defendant(s)

TRANSMITTAL FORM TO
UNITED STATES DISTRICT COURT

OFFICE NUMBER 0978/2

BRIAN SEBASTIAN SCIARA
Appellant(s)

vs

SHELLEY D. KROHN CHAPTER 7 TRUSTEE et al
Appellee(s)

To: U.S. District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | N/A |
| Bankruptcy Judge | AUGUST B. LANDIS |
| Date Notice of Appeal Filed | 9/3/26 |
| Date of Entry of Order Appealed | 7/27/26 |
| Date Adversary Filed | 10/2/24 |
| Other | APPEAL FILING FEE HAS NOT BEEN PAID |

Dated: 9/5/26

Dan Owens
Clerk of Court