United States Bankruptcy Court
District of Nevada

KROHN,
Plaintiff
SCIARA,
Defendant

Adv. Proc. No. 24-01121-abl

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 08, 2026 | Form ID: apmemo2 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| dft | + | BRIAN SEBASTIAN SCIARA, 712 PONT CHARTRAIN DR, LAS VEGAS, NV 89145-8629 |
| dft | + | GLENN H. TRUITT, 400 S 4TH ST, STE 540, LAS VEGAS, NV 89101-6207 |
| intp | + | GLENN H. TRUITT, 712 PONT CHARTRAIN DRIVE, LAS VEGAS, NV 89145-8629 |
| pla | + | SHELLEY D. KROHN, c/o FOX ROTHSCHILD LLP, 1980 FESTIVAL PLAZA DRIVE, SUITE 700, LAS VEGAS, NV 89135-2961 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| ust | + | Email/Text: jared.a.day@usdoj.gov | Sep 09 2026 05:17:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| JEANETTE E. MCPHERSON | on behalf of Plaintiff SHELLEY D. KROHN JMcPherson@FoxRothschild.com ahosey@foxrothschild.com,nv.dkt@foxrothschild.com |

TOTAL: 1

NVB 8001−2 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

BRIAN SEBASTIAN SCIARA ,
Debtor(s)

BK−23−13265−abl
CHAPTER 7

Adversary Proceeding: 24−01121−abl
Appeal Reference Number: 26−28

SHELLEY D. KROHN
Plaintiff(s)

vs

BRIAN SEBASTIAN SCIARA
GLENN H. TRUITT
Defendant(s)

APPEAL MEMORANDUM

BRIAN SEBASTIAN SCIARA
Appellant(s)

vs

SHELLEY D. KROHN CHAPTER 7 TRUSTEE et al
Appellee(s)

To: All Parties in Appeal

From: U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

Dated: 9/5/26

Dan Owens
Dan Owens
Clerk of Court