United States Bankruptcy Court
District of Nevada

KROHN,
Plaintiff
SCIARA,
Defendant

Adv. Proc. No. 24-01121-abl

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Sep 08, 2026 Form ID: aprefer Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | BRIAN SEBASTIAN SCIARA, 712 PONT CHARTRAIN DR, LAS VEGAS, NV 89145-8629 |
| dft | + | GLENN H. TRUITT, 400 S 4TH ST, STE 540, LAS VEGAS, NV 89101-6207 |
| intp | + | GLENN H. TRUITT, 712 PONT CHARTRAIN DRIVE, LAS VEGAS, NV 89145-8629 |
| pla | + | SHELLEY D. KROHN, c/o FOX ROTHSCHILD LLP, 1980 FESTIVAL PLAZA DRIVE, SUITE 700, LAS VEGAS, NV 89135-2961 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: jared.a.day@usdoj.gov | Sep 09 2026 05:17:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JEANETTE E. MCPHERSON | on behalf of Plaintiff SHELLEY D. KROHN JMcPherson@FoxRothschild.com ahosey@foxrothschild.com,nv.dkt@foxrothschild.com |

TOTAL: 1

NVB 8005−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

BRIAN SEBASTIAN SCIARA ,
Debtor(s)

BK−23−13265−abl
CHAPTER 7

Adversary Proceeding: 24−01121−abl

SHELLEY D. KROHN
Plaintiff(s)

vs

BRIAN SEBASTIAN SCIARA
GLENN H. TRUITT
Defendant(s)

Appeal Reference Number: 26−28

NOTICE OF REFERRAL
OF APPEAL TO
UNITED STATES DISTRICT COURT

BRIAN SEBASTIAN SCIARA
Appellant(s)

vs

SHELLEY D. KROHN CHAPTER 7 TRUSTEE et al
Appellee(s)

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by BRIAN SEBASTIAN SCIARA with the Clerk of the Bankruptcy Court on 9/3/26.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 9/5/26

Dan Owens
Clerk of Court