**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: **BRIAN SEBASTIAN SCIARA**, Debtor.
Case No. BK-S-23-13265-ABL Chapter 7
Adv. Case No. 24-01121-ABL
Hearing: October 22, 2026 at 9:30 a.m.

**SHELLEY D. KROHN, TRUSTEE**, Plaintiff,
v.
**BRIAN SEBASTIAN SCIARA; and GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022**, Defendants.

# DEFENDANT BRIAN SEBASTIAN SCIARA'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [ECF 128]

## I. CORE RECORD FACTS AND EFFECT OF ECF 119

Plaintiff's own Statement of Undisputed Facts acknowledges both that Schedule A/B listed the residence and marked it as community property (ECF 130, UF 32) and that the Statement of Financial Affairs disclosed the transfer of the Property to the B.S.A.P. Irrevocable Trust (UF 35). Those disclosures do not automatically defeat a prepetition fraudulent-transfer theory, but they are affirmative record evidence relevant to concealment, knowledge, and scienter. ECF 119 separately strikes Defendant's Answer and imposes a specified preclusion concerning financial-condition evidence. Defendant does not offer asset-value, liability, income, solvency, or ability-to-pay evidence prohibited by ECF 119. The pending appeal does not itself stay ECF 119.

## II. STRIKING THE ANSWER DOES NOT DISPENSE WITH RULE 56'S ELEMENT-BY-ELEMENT INQUIRY

ECF 130 asserts that allegations in the Amended Complaint are deemed admitted under Rule 8(b)(6) because the Answer was stricken. Even assuming the striking order has admission consequences, summary judgment still requires the Court to determine the legal sufficiency of established facts and Plaintiff's entitlement to each requested remedy. Legal conclusions, the scope of statutory remedies, and the legal effect of established facts remain questions for the Court. ECF 119 should be applied according to its terms rather than converted into relief broader than the governing causes of action and remedies permit.

## III. ACTUAL FRAUDULENT TRANSFER - 11 U.S.C. § 548(a)(1)(A) / NRS 112.180(1)(a)

Actual fraudulent transfer requires actual intent to hinder, delay, or defraud. Plaintiff relies on the Trust's creditor-protection language, prepetition litigation, the transfer, and surrounding circumstances. Defendant does not dispute the existence of the quoted Trust provisions or litigation. But UF 32 and UF 35 establish that the Property and transfer were affirmatively disclosed in the bankruptcy record. Later disclosure does not erase prepetition intent, but it is relevant when the Court evaluates concealment and scienter. The Court should determine actual intent from the admissible record and should not treat constructive financial-condition matters barred by ECF 119 as substitutes for the distinct actual-intent inquiry.

## IV. CONSTRUCTIVE FRAUD - § 548(a)(1)(B), NRS 112.180(1)(b), AND NRS 112.190

ECF 119 materially restricts Defendant from opposing Plaintiff's financial-condition showing. Defendant therefore does not submit contrary evidence concerning asset values, liabilities, income, solvency, or ability to pay debts at the transfer date. The recorded quitclaim deed recites one U.S. dollar ($1.00) and/or other good and valuable consideration. ECF 6, Exhibit 2, PDF p. 127. That recital alone does not establish actual payment or reasonably equivalent value. The Court should identify the precise statutory subsection established, the admissible evidence satisfying its elements, and the remedy that follows.

## V. SECTION 548(e) REQUIRES ITS OWN STATUTORY FINDINGS

Section 548(e)(1) requires a transfer of an interest of the debtor in property made on or within ten years before the petition; to a self-settled trust or similar device; by the debtor; where the debtor is a beneficiary of the trust or similar device; and with actual intent to hinder, delay, or defraud an entity to which the debtor was or became indebted. Article Two states that the 'lifetime beneficiaries' are 'my wife, me, and my children.' ECF 6, PDF p. 29. Defendant does not dispute that text. He disputes any broader characterization of what that defined status establishes concerning ownership, dominion, control, or the separate actual-intent element. The complete instrument controls its construction. UF 32 and UF 35 remain relevant to the separate actual-intent inquiry, while Defendant does not use financial-condition evidence barred by ECF 119.

## VI. TRUSTEE RESIGNATION / DEFAULT: LIMITED REPRESENTATIVE-CAPACITY ISSUE

DATED: 9/8/2026, 2026

**BRIAN SEBASTIAN SCIARA**
Defendant, In Proper Person
712 Pont Chartrain Drive
Las Vegas, Nevada 89145
Telephone: (702) 592-5778
Email: bsciara@gmail.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: **BRIAN SEBASTIAN SCIARA**, Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 7<br>Adv. Case No. 24-01121-ABL<br>Hearing: October 22, 2026 at 9:30 a.m. |
| **SHELLEY D. KROHN, TRUSTEE**, Plaintiff,<br>v.<br>**BRIAN SEBASTIAN SCIARA**; and **GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022**, Defendants. | **EXHIBIT / RECORD-CITATION INDEX** |

The merits papers rely primarily on documents already in the bankruptcy/adversary record, Plaintiff's own ECF 130, the filing-access correspondence in Exhibit A, and the narrow trustee-resignation/default correspondence in Exhibit H.

| Record / Exhibit | Purpose |
|---|---|
| ECF 130, UF 32 | Plaintiff's statement that Schedule A/B listed the Property and marked it community property. |
| ECF 130, UF 35 | Plaintiff's statement that the SOFA disclosed the transfer of the Property to the Trust. |
| ECF 119 | Operative sanctions order and scope of financial-condition preclusion. |
| ECF 17 / ECF 34 | Schedules/SOFA as cited by Plaintiff in ECF 130. |
| ECF 6, Ex. 1, PDF p. 29 | Trust Article Two identifying lifetime beneficiaries as 'my wife, me, and my children.' |
| ECF 6, Ex. 2, PDF p. 127 | Recorded quitclaim deed reciting $1.00 and/or other good and valuable consideration. |
| ECF 128 / 130 / 131 | Summary-judgment motion, statement of facts, and judicial-notice request. |
| Adv. ECF 13 | Entry of Default against Glenn H. Truitt in stated trustee capacity; identified by Plaintiff's UF 41. |
| ECF 133 | Certificate establishing August 20, 2026 service of ECF 128-132 on Defendant by U.S. First Class Mail. |
| Exhibit A | September 15 filing-access/courtesy-service correspondence and counsel's receipt confirmation. |
| Exhibit H | December 2 resignation notice; January 10 Truitt-McPherson correspondence; February 10 Truitt email after Entry of Default. |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: **BRIAN SEBASTIAN SCIARA**, Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 7<br>Adv. Case No. 24-01121-ABL<br>Hearing: October 22, 2026 at 9:30 a.m. |
| **SHELLEY D. KROHN, TRUSTEE**, Plaintiff,<br>v.<br>**BRIAN SEBASTIAN SCIARA**; and **GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022**, Defendants. | |

# EXHIBIT INDEX

| Exhibit | Description | Source / Date | Purpose |
|---|---|---|---|
| A | Filing Access / Courtesy Service Correspondence | Gmail records; Sept. 15, 2026 | Documents attempted filing, Court Help Desk instruction, and Plaintiff counsel receipt confirmation. |
| H | Trustee Resignation / Default Correspondence | Gmail records; Dec. 2, 2024 - Feb. 10, 2025 | Documents resignation, lack of successor designation, Plaintiff counsel default position, and later default notice sequence. |

**Content-control note:** This index and the source-rendered exhibits replace only the prior normalized exhibit formatting. They do not alter the substantive filing positions in the locked Motion, Opposition, LR 7056 Response, Declaration, Record Citation Index, Certificate of Service, or Proposed Order.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: **BRIAN SEBASTIAN SCIARA**, Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 7<br>Adv. Case No. 24-01121-ABL<br>Hearing: October 22, 2026 at 9:30 a.m. |
| **SHELLEY D. KROHN, TRUSTEE**, Plaintiff,<br>v.<br>**BRIAN SEBASTIAN SCIARA**; and **GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022**, Defendants. | |

# EXHIBIT A

## FILING ACCESS / COURTESY SERVICE CORRESPONDENCE

HYBRID SOURCE PRESENTATION: each email is shown in a clean court-readable rendering followed immediately by a source-record page preserving the connected Gmail metadata and the complete message text used for that rendering. The source record is provided for source fidelity; formatting is standardized for legibility.

# SOURCE EMAIL A-1 - COURT-READABLE COPY

| | |
|---|---|
| **Date** | September 15, 2026, 12:05 a.m. PDT |
| **From** | Brian Sciara <bsciara@gmail.com> |
| **To** | Jeanette E. McPherson <jmcpherson@foxrothschild.com> |
| **Cc** | Jeanette E. McPherson <jmcpherson@foxrothschild.com>; Angela Hosey <ahosey@foxrothschild.com> |
| **Subject** | Adv. No. 24-01121-ABL - Opposition to ECF 128 - Courtesy Service / Filing Access Issue |
| **Gmail record ID** | 1a0a3e255cbcf7e8 |
| **RFC 5322 Message-ID** | <CAOPiGKq4eKeRrHkpy=4PWGxNk5OxPS2K2C2KXtDBwBvUkLV3qQ@mail.gmail.com> |
| **Attachments** | BK COURT SS.png; 03_Declaration_Sciara_MSJ_df.pdf; 02_LR7056_Response_ECF130_Sciara.pdf; 01_Opposition_ECF128_MSJ_Sciara.pdf |

Ms. McPherson,

Attached are Defendant Brian Sebastian Sciara's:

1. Opposition to Plaintiff's Motion for Summary Judgment [ECF 128];
2. Response to Plaintiff's Statement of Undisputed Facts [ECF 130] and Additional Material Facts; and
3. Declaration of Brian Sebastian Sciara.

I attempted to file these documents tonight through CM/ECF, but my account presently provides only Query, Reports, Utilities, and Help functions and does not provide a filing menu.

I am also not receiving CM/ECF electronic filing notices or docket notifications in this matter, which has contributed to difficulty monitoring deadlines and filings. I am separately notifying the Court's CM/ECF Help Desk of that issue.

I am transmitting the attached documents tonight to provide you prompt notice and a contemporaneous record of my attempted submission. I do not represent that this email substitutes for filing with the Court. I will contact the Clerk immediately when the office opens and submit the documents through the authorized filing procedure.

Please confirm receipt.

Brian Sebastian Sciara
Defendant, In Proper Person
Adv. No. 24-01121-ABL

# SOURCE RECORD A-1 - CONNECTED GMAIL RECORD

## Record identifiers and source metadata

| | |
|---|---|
| **Date** | September 15, 2026, 12:05 a.m. PDT |
| **From** | Brian Sciara <bsciara@gmail.com> |
| **To** | Jeanette E. McPherson <jmcpherson@foxrothschild.com> |
| **Cc** | Jeanette E. McPherson <jmcpherson@foxrothschild.com>; Angela Hosey <ahosey@foxrothschild.com> |
| **Subject** | Adv. No. 24-01121-ABL - Opposition to ECF 128 - Courtesy Service / Filing Access Issue |
| **Gmail record ID** | 1a0a3e255cbcf7e8 |
| **RFC 5322 Message-ID** | <CAOPiGKq4eKeRrHkpy=4PWGxNk5OxPS2K2C2KXtDBwBvUkLV3qQ@mail.gmail.com> |
| **Attachments** | BK COURT SS.png; 03_Declaration_Sciara_MSJ_df.pdf; 02_LR7056_Response_ECF130_Sciara.pdf; 01_Opposition_ECF128_MSJ_Sciara.pdf |

**Complete message text preserved from the connected Gmail record:**

Ms. McPherson,

Attached are Defendant Brian Sebastian Sciara's:

1. Opposition to Plaintiff's Motion for Summary Judgment [ECF 128];
2. Response to Plaintiff's Statement of Undisputed Facts [ECF 130] and Additional Material Facts; and
3. Declaration of Brian Sebastian Sciara.

I attempted to file these documents tonight through CM/ECF, but my account presently provides only Query, Reports, Utilities, and Help functions and does not provide a filing menu.

I am also not receiving CM/ECF electronic filing notices or docket notifications in this matter, which has contributed to difficulty monitoring deadlines and filings. I am separately notifying the Court's CM/ECF Help Desk of that issue.

I am transmitting the attached documents tonight to provide you prompt notice and a contemporaneous record of my attempted submission. I do not represent that this email substitutes for filing with the Court. I will contact the Clerk immediately when the office opens and submit the documents through the authorized filing procedure.

Please confirm receipt.

Brian Sebastian Sciara
Defendant, In Proper Person
Adv. No. 24-01121-ABL

# SOURCE EMAIL A-2 - COURT-READABLE COPY

| | |
|---|---|
| **Date** | September 15, 2026, 12:11 a.m. PDT |
| **From** | Brian Sciara <bsciara@gmail.com> |
| **To** | NVB Help Desk <helpdesk@nvb.uscourts.gov> |
| **Cc** | - |
| **Subject** | URGENT - Adv. 24-01121-ABL - Unable to File / Not Receiving CM/ECF Notices |
| **Gmail record ID** | 1a0a3e7ff6240e00 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

I am Defendant Brian Sebastian Sciara, appearing pro se in Adv. No. 24-01121-ABL.

I attempted tonight, September 14, 2026, to file my Opposition to ECF 128 and related documents. After logging into CM/ECF, my account provides Query, Reports, Utilities, and Help functions, but no Bankruptcy or Adversary filing menu.

I also am not receiving electronic CM/ECF notices / NEFs or docket notifications in this adversary proceeding, and I need assistance determining whether my email/service settings are properly configured.

I have preserved screenshots of my attempted access and have provided opposing counsel with courtesy copies of the documents tonight. I will contact the Clerk's Office when it opens to determine the authorized method for filing.

Please preserve this email as documentation of my attempted filing/access issue and advise how I should proceed.

I also am not receiving CM/ECF Notices of Electronic Filing (NEFs), docket notifications, or other electronic notices in this adversary proceeding. I do not know whether my account is configured for electronic noticing, whether my email is associated correctly with the case, or whether pro se parties receive notices through another method. Please verify my noticing status and advise what I need to do to receive timely notice of filings and docket activity.

Brian Sebastian Sciara
Adv. No. 24-01121-ABL
Case No. 23-13265-ABL

# SOURCE RECORD A-2 - CONNECTED GMAIL RECORD

## Record identifiers and source metadata

| | |
|---|---|
| **Date** | September 15, 2026, 12:11 a.m. PDT |
| **From** | Brian Sciara <bsciara@gmail.com> |
| **To** | NVB Help Desk <helpdesk@nvb.uscourts.gov> |
| **Cc** | - |
| **Subject** | URGENT - Adv. 24-01121-ABL - Unable to File / Not Receiving CM/ECF Notices |
| **Gmail record ID** | 1a0a3e7ff6240e00 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

**Complete message text preserved from the connected Gmail record:**

I am Defendant Brian Sebastian Sciara, appearing pro se in Adv. No. 24-01121-ABL.

I attempted tonight, September 14, 2026, to file my Opposition to ECF 128 and related documents. After logging into CM/ECF, my account provides Query, Reports, Utilities, and Help functions, but no Bankruptcy or Adversary filing menu.

I also am not receiving electronic CM/ECF notices / NEFs or docket notifications in this adversary proceeding, and I need assistance determining whether my email/service settings are properly configured.

I have preserved screenshots of my attempted access and have provided opposing counsel with courtesy copies of the documents tonight. I will contact the Clerk's Office when it opens to determine the authorized method for filing.

Please preserve this email as documentation of my attempted filing/access issue and advise how I should proceed.

I also am not receiving CM/ECF Notices of Electronic Filing (NEFs), docket notifications, or other electronic notices in this adversary proceeding. I do not know whether my account is configured for electronic noticing, whether my email is associated correctly with the case, or whether pro se parties receive notices through another method. Please verify my noticing status and advise what I need to do to receive timely notice of filings and docket activity.

Brian Sebastian Sciara
Adv. No. 24-01121-ABL
Case No. 23-13265-ABL

# SOURCE EMAIL A-3 - COURT-READABLE COPY

| | |
|---|---|
| **Date** | September 15, 2026, 8:06 a.m. PDT |
| **From** | NVB Help Desk <HelpDesk@nvb.uscourts.gov> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | - |
| **Subject** | RE: URGENT - Adv. 24-01121-ABL - Unable to File / Not Receiving CM/ECF Notices |
| **Gmail record ID** | 1a0a59b40d918471 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

Hello,

A Pro-Se party cannot e-file documents on a bankruptcy or adversary case in the District of Nevada.
Only attorneys, creditors or their direct filing agents are able to e-file with the bankruptcy court. You must file in person at the Bankruptcy Clerks Office or via mail or Federal Express. If filing via mail or Federal Express please remember that all documents must be originally signed by the filing party.

If you are a debtor and wish to receive electronic notices please complete the Debtors Electronic Noticing Request (DEBN) Form and submit via mail or at the Clerk's Office with original signature. This form can be found on our website at: https://www.nvb.uscourts.gov/electronic-case-filing/resources-documentation/electronic-bankruptcy-noticing-debtor/instructions/. Only notices from the court will be sent through this Electronic Noticing. All other noticing must be sent by the filing party.

If you have any further questions please respond to this email.

Thank you.

ECF Help Desk
U.S. Bankruptcy Court
District of Nevada
(702) 527-7000
Web: http://www.nvb.uscourts.gov/

# SOURCE RECORD A-3 - CONNECTED GMAIL RECORD

## Record identifiers and source metadata

| | |
|---|---|
| **Date** | September 15, 2026, 8:06 a.m. PDT |
| **From** | NVB Help Desk <HelpDesk@nvb.uscourts.gov> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | - |
| **Subject** | RE: URGENT - Adv. 24-01121-ABL - Unable to File / Not Receiving CM/ECF Notices |
| **Gmail record ID** | 1a0a59b40d918471 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

**Complete message text preserved from the connected Gmail record:**

Hello,

A Pro-Se party cannot e-file documents on a bankruptcy or adversary case in the District of Nevada.
Only attorneys, creditors or their direct filing agents are able to e-file with the bankruptcy court. You must file in person at the Bankruptcy Clerks Office or via mail or Federal Express. If filing via mail or Federal Express please remember that all documents must be originally signed by the filing party.

If you are a debtor and wish to receive electronic notices please complete the Debtors Electronic Noticing Request (DEBN) Form and submit via mail or at the Clerk's Office with original signature. This form can be found on our website at: https://www.nvb.uscourts.gov/electronic-case-filing/resources-documentation/electronic-bankruptcy-noticing-debtor/instructions/. Only notices from the court will be sent through this Electronic Noticing. All other noticing must be sent by the filing party.

If you have any further questions please respond to this email.

Thank you.

ECF Help Desk
U.S. Bankruptcy Court
District of Nevada
(702) 527-7000
Web: http://www.nvb.uscourts.gov/

# SOURCE EMAIL A-4 - COURT-READABLE COPY

| | |
|---|---|
| **Date** | September 15, 2026, 11:11 a.m. PDT |
| **From** | Jeanette E. McPherson <JMcPherson@foxrothschild.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | Angela Hosey <AHosey@foxrothschild.com> |
| **Subject** | RE: [EXT] Adv. No. 24-01121-ABL - Opposition to ECF 128 - Courtesy Service / Filing Access Issue |
| **Gmail record ID** | 1a0a6448b5adf5dd |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

Mr. Sciara,

Receipt of the email and attachments thereto is confirmed.

Regards,

Jeanette

Jeanette E. McPherson
Partner
Fox Rothschild LLP
Las Vegas
(702) 699-5923
jmcpherson@foxrothschild.com

From: Brian Sciara <bsciara@gmail.com>
Sent: Tuesday, September 15, 2026 12:05 AM
To: McPherson, Jeanette E. <JMcPherson@foxrothschild.com>
Cc: Hosey, Angela <AHosey@foxrothschild.com>
Subject: [EXT] Adv. No. 24-01121-ABL - Opposition to ECF 128 - Courtesy Service / Filing Access Issue

Ms. McPherson,

Attached are Defendant Brian Sebastian Sciara's:

1. Opposition to Plaintiff's Motion for Summary Judgment [ECF 128];
2. Response to Plaintiff's Statement of Undisputed Facts [ECF 130] and Additional Material Facts; and
3. Declaration of Brian Sebastian Sciara.

I attempted to file these documents tonight through CM/ECF, but my account presently provides only Query, Reports, Utilities, and Help functions and does not provide a filing menu.

I am also not receiving CM/ECF electronic filing notices or docket notifications in this matter, which has contributed to difficulty monitoring deadlines and filings. I am separately notifying the Court's CM/ECF Help Desk of that issue.

I am transmitting the attached documents tonight to provide you prompt notice and a contemporaneous record of my attempted submission. I do not represent that this email substitutes for filing with the Court. I will contact the Clerk immediately when the office opens and submit the documents through the authorized filing procedure.

Please confirm receipt.

Brian Sebastian Sciara
Defendant, In Proper Person
Adv. No. 24-01121-ABL

# SOURCE RECORD A-4 - CONNECTED GMAIL RECORD

## Record identifiers and source metadata

| | |
|---|---|
| **Date** | September 15, 2026, 11:11 a.m. PDT |
| **From** | Jeanette E. McPherson <JMcPherson@foxrothschild.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | Angela Hosey <AHosey@foxrothschild.com> |
| **Subject** | RE: [EXT] Adv. No. 24-01121-ABL - Opposition to ECF 128 - Courtesy Service / Filing Access Issue |
| **Gmail record ID** | 1a0a6448b5adf5dd |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

**Complete message text preserved from the connected Gmail record:**

Mr. Sciara,

Receipt of the email and attachments thereto is confirmed.

Regards,

Jeanette

Jeanette E. McPherson
Partner
Fox Rothschild LLP
Las Vegas
(702) 699-5923
jmcpherson@foxrothschild.com

From: Brian Sciara <bsciara@gmail.com>
Sent: Tuesday, September 15, 2026 12:05 AM
To: McPherson, Jeanette E. <JMcPherson@foxrothschild.com>
Cc: Hosey, Angela <AHosey@foxrothschild.com>
Subject: [EXT] Adv. No. 24-01121-ABL - Opposition to ECF 128 - Courtesy Service / Filing Access Issue

Ms. McPherson,

Attached are Defendant Brian Sebastian Sciara's:

1. Opposition to Plaintiff's Motion for Summary Judgment [ECF 128];
2. Response to Plaintiff's Statement of Undisputed Facts [ECF 130] and Additional Material Facts; and
3. Declaration of Brian Sebastian Sciara.

I attempted to file these documents tonight through CM/ECF, but my account presently provides only Query, Reports, Utilities, and Help functions and does not provide a filing menu.

I am also not receiving CM/ECF electronic filing notices or docket notifications in this matter, which has contributed to difficulty monitoring deadlines and filings. I am separately notifying the Court's CM/ECF Help Desk of that issue.

I am transmitting the attached documents tonight to provide you prompt notice and a contemporaneous record of my attempted submission. I do not represent that this email substitutes for filing with the Court. I will contact the Clerk immediately when the office opens and submit the documents through the authorized filing procedure.

Please confirm receipt.

Brian Sebastian Sciara
Defendant, In Proper Person
Adv. No. 24-01121-ABL

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: **BRIAN SEBASTIAN SCIARA**, Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 7<br>Adv. Case No. 24-01121-ABL<br>Hearing: October 22, 2026 at 9:30 a.m. |
| **SHELLEY D. KROHN, TRUSTEE**, Plaintiff,<br>v.<br>**BRIAN SEBASTIAN SCIARA**; and **GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022**, Defendants. | |

# EXHIBIT H

## TRUSTEE RESIGNATION / DEFAULT CORRESPONDENCE

HYBRID SOURCE PRESENTATION: each email is shown in a clean court-readable rendering followed immediately by a source-record page preserving the connected Gmail metadata and the complete message text used for that rendering. The source record is provided for source fidelity; formatting is standardized for legibility.

# SOURCE EMAIL H-1 - COURT-READABLE COPY

| | |
|---|---|
| **Date** | December 2, 2024, 3:57 p.m. PST |
| **From** | Glenn Truitt <gtruitt@privatewealthlawinc.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | Anna Veverka <aveverka@privatewealthlawinc.com> |
| **Subject** | RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust - 12/31/24 |
| **Gmail record ID** | 19389cf560ff955e |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

Dear Brian,

I hope this finds you well, and that you enjoyed a restful holiday weekend with family and friends.

I am writing to inform you that I will need to withdraw as the trustee of the B.S.A.P. Irrevocable Trust, effective December 31, 2024. This resignation is in accordance with the terms of the trust agreement. To date, I have undertaken and completed my service as trustee without any professional fee charges, owing to the relative inactivity of trust business. Unfortunately, given the currently pending litigation, and the trust's involvement therein, we can no longer continue on a pro bono basis.

Please note, that I am not exercising my right (pursuant to that Trust Agreement) to name a successor trustee. Instead, I would recommend considering the use of a commercial trustee to replace me in this role. A professional trustee may be better equipped to handle the ongoing administration and management of the trust.

I am providing you with a month's notice of my resignation to allow ample time for you to identify and transition to a new trustee.

Please let me know if you have any questions or would like to discuss this further.

Best,

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

# SOURCE RECORD H-1 - CONNECTED GMAIL RECORD

## Record identifiers and source metadata

| | |
|---|---|
| **Date** | December 2, 2024, 3:57 p.m. PST |
| **From** | Glenn Truitt <gtruitt@privatewealthlawinc.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | Anna Veverka <aveverka@privatewealthlawinc.com> |
| **Subject** | RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust - 12/31/24 |
| **Gmail record ID** | 19389cf560ff955e |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

**Complete message text preserved from the connected Gmail record:**

Dear Brian,

I hope this finds you well, and that you enjoyed a restful holiday weekend with family and friends.

I am writing to inform you that I will need to withdraw as the trustee of the B.S.A.P. Irrevocable Trust, effective December 31, 2024. This resignation is in accordance with the terms of the trust agreement. To date, I have undertaken and completed my service as trustee without any professional fee charges, owing to the relative inactivity of trust business. Unfortunately, given the currently pending litigation, and the trust's involvement therein, we can no longer continue on a pro bono basis.

Please note, that I am not exercising my right (pursuant to that Trust Agreement) to name a successor trustee. Instead, I would recommend considering the use of a commercial trustee to replace me in this role. A professional trustee may be better equipped to handle the ongoing administration and management of the trust.

I am providing you with a month's notice of my resignation to allow ample time for you to identify and transition to a new trustee.

Please let me know if you have any questions or would like to discuss this further.

Best,

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

# SOURCE EMAIL H-2 - COURT-READABLE COPY

| | |
|---|---|
| **Date** | January 11, 2025, 10:38 a.m. PST (forwarded chain) |
| **From** | Glenn Truitt <gtruitt@privatewealthlawinc.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | - |
| **Subject** | Fwd: [EXT] RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust |
| **Gmail record ID** | 19456a9e16feaed3 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

Brian,

Please see below.

I am not advised as to your position on this litigation, but you should forward this correspondence to your current counsel on the matter. We will not be appearing on the matter.

Best,

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

Begin forwarded message:

From: "McPherson, Jeanette E." <JMcPherson@foxrothschild.com>
Subject: RE: [EXT] RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust
Date: January 10, 2025 at 7:52:18 PM PST
To: Glenn Truitt <gtruitt@privatewealthlawinc.com>
Cc: "Hosey, Angela" <AHosey@foxrothschild.com>

Glenn,

Thank your for your email. The complaint was served while you were trustee and the response to the complaint was due prior to your effective resignation. As a result, a response should have been filed, and we will move forward with taking a default. We reserve our rights to take a default for additional reasons. Thank you.

Regards,

Jeanette

Jeanette E McPherson
Partner
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5923
(702) 597-5503
jmcpherson@foxrothschild.com

From: Glenn Truitt <gtruitt@privatewealthlawinc.com>
Sent: Friday, January 10, 2025 4:18 PM
To: McPherson, Jeanette E. <JMcPherson@foxrothschild.com>
Cc: Mark Hutchings <mhutchings@hutchingslawgroup.com>
Subject: [EXT] RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust
Importance: High

Jeanette,

I hope this finds you well.

I am in receipt of your THREE DAY NOTICE OF INTENT TO TAKE DEFAULT in Case No. 24-01121-ABL. Please note that I have previously resigned as trustee of the subject trust, via written notice on December 2, 2024, to be effective December 31, 2024. In addition, I did not exercise my right to designate a successor trustee, and the Grantor is aware of both the subject litigation and my resignation.

I have not been made aware of any successor trustee's appointment, and we have not received any notice or correspondence with respect to the subject trust since my resignation.

Please let me know if I may be of further service to this matter in any way, as we no longer have authority to respond on this trust's behalf.

THANK YOU!

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

# SOURCE RECORD H-2 - CONNECTED GMAIL RECORD

## Record identifiers and source metadata

| | |
|---|---|
| **Date** | January 11, 2025, 10:38 a.m. PST (forwarded chain) |
| **From** | Glenn Truitt <gtruitt@privatewealthlawinc.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | - |
| **Subject** | Fwd: [EXT] RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust |
| **Gmail record ID** | 19456a9e16feaed3 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | None |

**Complete message text preserved from the connected Gmail record:**

Brian,

Please see below.

I am not advised as to your position on this litigation, but you should forward this correspondence to your current counsel on the matter. We will not be appearing on the matter.

Best,

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

Begin forwarded message:

From: "McPherson, Jeanette E." <JMcPherson@foxrothschild.com>
Subject: RE: [EXT] RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust
Date: January 10, 2025 at 7:52:18 PM PST
To: Glenn Truitt <gtruitt@privatewealthlawinc.com>
Cc: "Hosey, Angela" <AHosey@foxrothschild.com>

Glenn,

Thank your for your email. The complaint was served while you were trustee and the response to the complaint was due prior to your effective resignation. As a result, a response should have been filed, and we will move forward with taking a default. We reserve our rights to take a default for additional reasons. Thank you.

Regards,

Jeanette

Jeanette E McPherson
Partner
One Summerlin
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
(702) 699-5923
(702) 597-5503
jmcpherson@foxrothschild.com

From: Glenn Truitt <gtruitt@privatewealthlawinc.com>
Sent: Friday, January 10, 2025 4:18 PM
To: McPherson, Jeanette E. <JMcPherson@foxrothschild.com>

Cc: Mark Hutchings <mhutchings@hutchingslawgroup.com>
Subject: [EXT] RESIGNATION AS TRUSTEE - B.S.A.P. Irrevocable Trust
Importance: High

Jeanette,

I hope this finds you well.

I am in receipt of your THREE DAY NOTICE OF INTENT TO TAKE DEFAULT in Case No. 24-01121-ABL. Please note that I have previously resigned as trustee of the subject trust, via written notice on December 2, 2024, to be effective December 31, 2024. In addition, I did not exercise my right to designate a successor trustee, and the Grantor is aware of both the subject litigation and my resignation.

I have not been made aware of any successor trustee's appointment, and we have not received any notice or correspondence with respect to the subject trust since my resignation.

Please let me know if I may be of further service to this matter in any way, as we no longer have authority to respond on this trust's behalf.

THANK YOU!

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

# SOURCE EMAIL H-3 - COURT-READABLE COPY

| | |
|---|---|
| **Date** | February 10, 2025, 4:26 p.m. PST |
| **From** | Glenn Truitt <gtruitt@privatewealthlawinc.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | - |
| **Subject** | ENTRY OF DEFAULT |
| **Gmail record ID** | 194f2670a5032247 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | 20250210161835867.pdf |

Brian,

We just received the attached at my office.

I understood that you were going to respond to this with your own counsel, and/or the replacement trustee for your trust would do so.

I would like to know what your plan is with respect to this matter, so I can avoid any personal liability for this matter. As you know, my withdrawal as trustee was exclusively a function of a lack of trust assets (i.e., liquidity) to fund such litigation, or to compensate me for any further serve as trustee.

Please let me know when time permits.

Thank you.

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

# SOURCE RECORD H-3 - CONNECTED GMAIL RECORD

## Record identifiers and source metadata

| | |
|---|---|
| **Date** | February 10, 2025, 4:26 p.m. PST |
| **From** | Glenn Truitt <gtruitt@privatewealthlawinc.com> |
| **To** | Brian Sciara <bsciara@gmail.com> |
| **Cc** | - |
| **Subject** | ENTRY OF DEFAULT |
| **Gmail record ID** | 194f2670a5032247 |
| **RFC 5322 Message-ID** | Not exposed in current connector record |
| **Attachments** | 20250210161835867.pdf |

**Complete message text preserved from the connected Gmail record:**

Brian,

We just received the attached at my office.

I understood that you were going to respond to this with your own counsel, and/or the replacement trustee for your trust would do so.

I would like to know what your plan is with respect to this matter, so I can avoid any personal liability for this matter. As you know, my withdrawal as trustee was exclusively a function of a lack of trust assets (i.e., liquidity) to fund such litigation, or to compensate me for any further serve as trustee.

Please let me know when time permits.

Thank you.

Glenn

Glenn H. Truitt, Esq., MHA
Managing Partner
Private Wealth Law, Inc.
gtruitt@privatewealthlawinc.com
400 South Fourth Street, Suite 540
Las Vegas, NV 89101
p: (702) 852-6601 f: (702) 947-4955

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: **BRIAN SEBASTIAN SCIARA**, Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 7<br>Adv. Case No. 24-01121-ABL<br>Hearing: October 22, 2026 at 9:30 a.m. |
| **SHELLEY D. KROHN, TRUSTEE**, Plaintiff,<br>v.<br>**BRIAN SEBASTIAN SCIARA**; and **GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022**, Defendants. | **CERTIFICATE OF SERVICE** |

I certify that on 9.16, 2026, after signing the foregoing, I caused true and correct copies of the following papers to be served on the persons listed below:

- Motion to Accept Opposition as Timely or, Alternatively, for Enlargement of Time
- Opposition to Plaintiff's Motion for Summary Judgment [ECF 128]
- Response to Plaintiff's Statement of Undisputed Facts [ECF 130]
- Declaration of Brian Sebastian Sciara
- Exhibit / Record-Citation Index
- Exhibit A - Filing Access / Courtesy Service Correspondence
- Exhibit H - Trustee Resignation and Default Correspondence

**Jeanette E. McPherson, Esq.**
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Counsel for Shelley D. Krohn, Chapter 7 Trustee

**Glenn H. Truitt**
400 South Fourth Street, Suite 540
Las Vegas, Nevada 89101
Named in the adversary docket in trustee capacity; service is made without conceding current fiduciary status.

**Method actually used:** [✓] First-Class U.S. Mail [ ] Federal Express [ ] Personal delivery [ ] Other authorized method: Certified

DATED: 9/16, 2026

[signature]

**BRIAN SEBASTIAN SCIARA**
Defendant, In Proper Person
712 Pont Chartrain Drive
Las Vegas,
Telephone: (702) 592-5778
Email: bsci

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: **BRIAN SEBASTIAN SCIARA,** Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 7<br>Adv. Case No. 24-01121-ABL<br>Hearing: October 22, 2026 at 9:30 a.m. |
| **SHELLEY D. KROHN, TRUSTEE,** Plaintiff,<br>v.<br>**BRIAN SEBASTIAN SCIARA**; and **GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,** Defendants. | **[PROPOSED] ORDER ON MOTION TO ACCEPT OPPOSITION AS TIMELY OR FOR ENLARGEMENT OF TIME** |

The Court, having considered Defendant Brian Sebastian Sciara's Motion to Accept Opposition as Timely or, Alternatively, for Enlargement of Time under Fed. R. Bankr. P. 9006(b)(1)(B), and the record presented,

**FINDS:**

1. To the extent Defendant's opposition papers were received after the applicable response period, Defendant's failure to act within that period resulted from excusable neglect within the meaning of Fed. R. Bankr. P. 9006(b)(1)(B).

2. In making that finding, the Court has considered the equitable factors identified in Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship, including prejudice, length and impact of delay, the reason for delay, and good faith.

**ORDERS:**

1. The Motion is GRANTED.

2. Defendant's Opposition to ECF 128 and related LR 7056 response are accepted for filing and may be considered in connection with the October 22, 2026 hearing.

IT IS SO ORDERED.

____________________________________
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: **BRIAN SEBASTIAN SCIARA,** Debtor. | Case No. BK-S-23-13265-ABL<br>Chapter 7<br>Adv. Case No. 24-01121-ABL<br>Hearing: October 22, 2026 at 9:30 a.m. |
| **SHELLEY D. KROHN, TRUSTEE,** Plaintiff,<br>v.<br>**BRIAN SEBASTIAN SCIARA;** and **GLENN H. TRUITT, TRUSTEE OF THE B.S.A.P. IRREVOCABLE TRUST DATED SEPTEMBER 16, 2022,** Defendants. | **EXHIBIT / RECORD-CITATION INDEX** |

The merits papers rely primarily on documents already in the bankruptcy/adversary record, Plaintiff's own ECF 130, the filing-access correspondence in Exhibit A, and the narrow trustee-resignation/default correspondence in Exhibit H.

| Record / Exhibit | Purpose |
|---|---|
| ECF 130, UF 32 | Plaintiff's statement that Schedule A/B listed the Property and marked it community property. |
| ECF 130, UF 35 | Plaintiff's statement that the SOFA disclosed the transfer of the Property to the Trust. |
| ECF 119 | Operative sanctions order and scope of financial-condition preclusion. |
| ECF 17 / ECF 34 | Schedules/SOFA as cited by Plaintiff in ECF 130. |
| ECF 6, Ex. 1, PDF p. 29 | Trust Article Two identifying lifetime beneficiaries as 'my wife, me, and my children.' |
| ECF 6, Ex. 2, PDF p. 127 | Recorded quitclaim deed reciting $1.00 and/or other good and valuable consideration. |
| ECF 128 / 130 / 131 | Summary-judgment motion, statement of facts, and judicial-notice request. |
| Adv. ECF 13 | Entry of Default against Glenn H. Truitt in stated trustee capacity; identified by Plaintiff's UF 41. |
| ECF 133 | Certificate establishing August 20, 2026 service of ECF 128-132 on Defendant by U.S. First Class Mail. |
| Exhibit A | September 15 filing-access/courtesy-service correspondence and counsel's receipt confirmation. |
| Exhibit H | December 2 resignation notice; January 10 Truitt-McPherson correspondence; February 10 Truitt email after Entry of Default. |